**EXHIBIT A**

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FABIAN EDWARDS, KENVILLE    NO:  3:13-cv-00878 (WWE)
EDWARDS, KEITH MICHAEL
MITTO and ELIZABETH ED-
WARDS


VS

CITY OF HARTFORD, JAMES
ROVELLA, OFFICEER MATTHEW
CORNELL, OFFICER CHRISTOPHER
MAY AND OFFICER ERIC
BAUMGARTEN              APRIL 10, 2014


DEPOSITION OF FABIAN EDWARDS

A P P E A R A N C E S:

        EAGAN, DONAHUE, VAN DYKE & FALSEY,LLP
           Attorneys for the Plaintiffs
           24 Arapahoe Road
           West Hartford, Connecticut 06107
           (860)232-7200
        BY:  PETER M. VAN DYKE, ESQ.

        HOWD & LUDORF, LLC
           Attorneys for Officer Cornell, Officer May
           and Officer Baumgarten
           65 Wethersfield Avenue
           Hartford, Connecticut 06114
           (860)249-1361
        BY:  ALAN R. DEMBICZAK, ESQ.

(Appearances Continued)
                    REPORTED BY:


                    ROBERT MILLER

                LICENSED SHORTHAND REPORTER
                    LICENSE #10

                NIZIANKIEWICZ & MILLER
                 REPORTING SERVICES
                  972 Tolland Street
           East Hartford, Connecticut 06108

2

1    OFFICE OF THE CORPORATION COUNSEL
       Attorneys for the City of Hartford
2    550 Main Street
       Hartford, Connecticut 06103
3    (860)757-9700
  BY:  NATHALIE FEOLA-GUERRIERI, ESQ.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              . . .  Deposition of Fabian Edwards, being

2    of lawful age, held pursuant to Federal Rules of Civil

3    Procedure, before Robert Miller, a duly qualified

4    Notary Public, within and for the State of

5    Connecticut, held at the law offices of Howd & Ludorf,

6    65 Wethersfield Avenue, Hartford, Connecticut on April

7    10, 2014 at 10:15 a.m.

8                    S T I P U L A T I O N S

9

10             IT IS HEREBY stipulated and agreed by and

11   among counsel for the respective parties that all

12   formalities in connection with the taking of this

13   deposition including time, place sufficiency of notice

14   and the authority of the officer before whom it is

15   being taken may be and are hereby waived.

16             IT IS further stipulated and agreed that

17   objections other than as to form are reserved to the

18   time of trial.

19             IT IS further stipulated that the proof of

20   the qualifications of the Notary Public before whom

21   the deposition is being taken is hereby waived.

22

23

24

25

1       Q    And at this time, this is when you were

2   living with your mother, correct?

3       A    Yes.

4       Q    Was anyone else living with you?

5       A    My wife and my little daughter

6   stepdaughter.

7       Q    All right.  So when you got home that day

8   who was at the house?

9       A    Well, my wife was there for a minute then

10   she left.  Left to go to the store.

11       Q    And my understanding this is actually like

12   a multi-family house, correct?

13       A    Yes.

14       Q    How many apartments are there in the house?

15       A    Three.

16       Q    Which level did you live?

17       A    Second floor.

18       Q    So, then if you went  -- my understanding

19   from the front is there one-door entry or two-door

20   entry?

21       Q    So, there is one to the right and one to

22   the left?

23       A    Yes.

24       Q    The door to the left, where did that lead?

25       A    To the remaining floors, the second floor

49

```
1    and third floor.
2         Q    The one to the right would lead to the
3    first floor?
4         A    Yes.
5         Q    In order to access your apartment you would
6    have to go to the door to the left?
7         A    Yes.
8         Q    So, you said you arrived home at about
9    4:00 p.m., your wife was there but she left?
10        A    It's so long ago.  I don't remember if she
11   was home or she left before I got home.  I am not
12   quite sure.  Maybe she wasn't home.  I am not quite
13   sure.  I know I called her.
14        Q    Okay.  So who else was at the house when
15   you got home?
16        A    In my apartment?
17        Q    Yes.
18        A    Just me.
19        Q    Was anyone else  -- strike that.
20             As of the date of this incident, who
21   resided in the other apartments?
22        A    It was my brother lived on the third floor.
23   Catherina was staying with us for a little bit.  She
24   was on the third floor also.
25        Q    That was your sister?
```

```
 1          A    My friend's wife.
 2          Q    Your friend's wife.  And she was staying
 3    with your brother?
 4          A    Yes.
 5          Q    Which brother?
 6          A    Kenville.
 7          Q    Who was  -- you said they were on the third
 8    floor?
 9          A    Yes.
10          Q    You were on the second floor with your wife
11    and your mother?
12          A    No.  My wife my stepdaughter and me.
13          Q    Then your mother was on the first floor?
14          A    Yes.
15          Q    Did anyone else live with your mother?
16          A    My younger brother and my younger sister.
17    That is Keisha and Keith.
18          Q    Sounds like pretty much your whole family
19    is in the building.  I am sorry to be repetitive, but
20    I just want to make sure I have it right.   First
21    floor is your mother, your brother  --
22          A    Sister.
23          Q    And the brother in the first floor again?
24          A    Keith.
25          Q    Then the second floor is you, your wife and
```

1    your daughter?

2         A    Yes.

3         Q    And the third floor is your brother and

4    your friend's wife?

5         A    Yes.

6         Q    So, when you got home at four, putting

7    aside just your apartment, do you recall who else was

8    home?

9         A    My brother was home.  He was home.

10   Catherina was home and my mother was home.

11        Q    When you say brother, say which brother

12   because you have multiple brothers?

13        A    Keith was home.  Kenville was home.

14   Catherina was home and my mother.

15        Q    So, it sounds like this incident happened

16   around 7:00 p.m.  Before this incident happens, from

17   the time you get home around 4:00 p.m. until about

18   7:00 p.m. just about before when this incident

19   happened, what's happening?  What are you doing?  What

20   is your family doing?

21        A    I didn't know what they were doing.  I was

22   downstairs on the third floor (sic)  -- I went from

23   playing a game then I went outside.  I think my

24   brother  -- I am not quite sure, I saw Kenville

25   somewhere.  I was in and out of the house.

1          A   So I went across the street.  When I went

2    across the street, the mother was there talking in

3    Spanish to the son in the car.  So I just walked by,

4    and I said are you okay.  Something to that effect.

5    He said something like okay, it's good, whatever.  So

6    I continued on --

7          Q   Defendant's Exhibit 4 you are pointing to?

8          A   Yes.  The mother and the family members,

9    the cruiser was right here.  And the family members

10   was alongside the cruiser.

11         Q   Do me a favor with this pen, draw a box

12   where the cruiser was on Defendant's Exhibit 4.  Kind

13   of shows where it was on the street?

14         A   About here.

15         Q   So, the box you drew was where the cruiser

16   was parked.

17         A   Yes.

18         Q   And then you say where the family was?  Put

19   an X where the family was.

20         A   Over here.

21         Q   Is that where you walked when you walked

22   over and said is everything okay?

23         A   I actually walked by close enough to the

24   building, they was standing right here.  I didn't want

25   to go over there.  I just walked around.

```
 1          Q    It sounds to me like you walked along the

 2    side of Paulino's Grocery Store, kind of close to the

 3    wall?  And from that point, that is when you said

 4    something like are you okay?

 5          A    Yes.

 6          Q    Let me finish my question.  When you were

 7    asking is everything okay, who were you asking?

 8          A    Feliciano, the kid in the car.

 9          Q    Did he say anything in response?

10          A    He nodded his head.

11          Q    When you were doing this, were there police

12    officers around?

13          A    Yes.  There was two police officers.

14          Q    Where were the police officers?

15          A    One was right here between the family

16    members --

17          Q    Hold on.  You just made another star.

18    Circle that star.  That is where one of the police

19    officers was?

20          A    Yes.

21          Q    Put a star with a circle where the other

22    police officer was?

23          A    I really wasn't taking a good look where he

24    was.  I am not going to put anything.  I am not sure

25    where he was standing.  I know one was standing right
```

1       Q     When you asked, was this before you rounded
2  the corner?
3       A     About right here at the corner.
4       Q     That is when you asked?
5       A     I asked.  I was walking, I said are you
6  okay and kept on moving.
7       Q     So, you are saying that just about as you
8  were on the corner of Paulino's Grocery is when you
9  asked this kid is he okay?
10      A     Yes.
11      Q     Then you rounded the corner?
12      A     Yes.
13      Q     And walked towards the front entrance?
14      A     Yes.
15      Q     Did you stop?
16      A     Yes, I stopped two feet in front of the
17  store.  Because I was searching through the phone.  I
18  walking, asking, then I turned back and I was
19  scrolling through my phone looking for the number.
20      Q     I'm going to see if I got this right.  So,
21  you're walking along the side Paulino's Grocery Store.
22  Just as your rounding the corner, that is is when you
23  ask him if he's okay.  You then proceed around the
24  corner and then about two steps before the door you
25  stop, you're scrolling through your phone looking for

1    your wife's number?

2         A    Yes.

3         Q    That sound right?

4         A    Yes.

5         Q    So, then what happened next?

6         A    He disperse the crowd.  And then he said go

7    in the store, go in the store.  I said right now I am

8    going in the store, I am looking for the number.  By

9    the time I said I'm going in the store, I'm going in

10   the store.  He said I am going to arrest you.  I said

11   why are you going to do that.  So, I opened the door

12   like I am going in the store.  I am complying with

13   what you are saying.  When I opened the door, I had

14   the phone in one hand and the door I opened up.  I

15   said I'm going in the store.  When I lean forward

16   going into the store, he shoved me in my back, pushed

17   me forward inside the store.  The store owner,  he

18   said -- I am not quite sure what he said.  He said,

19   oh, he pushed you hard.

20        Q    Let me walk you through that.  So, after

21   you stopped about two feet before the door, you're

22   scrolling through your phone, the officer comes over

23   to you and said go into the store?

24        A    He yelled.

25        Q    All right.  Was he still standing in that

1   same spot around the sidewalk?

2          A    No, he was walking towards me with his

3   cuffs in his hand.

4          Q    So, he was walking towards you and he said

5   go in the store?

6          A    Yes.

7          Q    So the first time he says go in the store,

8   do you go in the store?

9          A    Yeah, I was going inside the store.

10         Q    Earlier you said he said go in the store.

11  And you said, I am going in store.  He said I am going

12  in store again.  And you said, I'm going in the store.

13  So, it sounds to me like there was a back and forth.

14         A    No, I answered it.  I answered it like I'm

15  going inside the store.  I am looking at my phone, but

16  I'm going inside the store.  I am answering to you,

17  but that's what I am doing.  I didn't say that to him,

18  I'm explaining to you.

19         Q    All right.  The first time he said go into

20  the store, did you just comply and go into the store?

21         A    Yes.  I'm on my phone, but as I was

22  walking, I was still scrolling, but I was opening the

23  door to go inside the store.

24         Q    He says go in the store.  You tell him you

25  are going in the store.  He said go in the store

1  again?

2        A    When he said go the in store, I opened the

3  door.  I said yes, I am going in the store.  But I

4  still had my phone in my hand.  I was going inside the

5  store.  I was complying with what he said.  And before

6  I was going inside the store, I put one foot to go

7  inside the store, he shoved me inside the store.

8        Q    After that, when you say he shoved you,

9  what happened to you?

10        A    I continued into the store and then I want

11  to know why did he push me inside the store.  I want

12  to know because I was complying with what he said.  I

13  was going inside the store.  When I went in the store

14  I was like I'm really trying to find out why he shoved

15  me.  I was complying with what he said.  I want to

16  find out.  I don't bother nobody.  I stay by myself.

17  I stay with my wife.  I stay out of trouble.

18           When everything happened, I don't hang out

19  on the corner.  I don't sag my pants.  I go to work

20  5:00 o'clock in the morning.  I come home whatever

21  time I'm home from work.  I pay my taxes.  I do

22  everything.  I comply with the law.

23           I want to know why I am going inside a

24  store, I comply  with a law, that you could treat

25  somebody like that.

1    stay outside of the tape.

2         Q    You came out of the store, you told the

3    officer you don't want a problem or something like

4    that?  I don't want no trouble?

5         Q    He was actually talking to other people.

6    Like the people was upstairs.  He was saying something

7    to them.  As before, when I was going in the store, he

8    took out his cuffs saying he was going to arrest me.

9    So I walked by him.

10        Q    So, you come out of the store, you say you

11   don't want no trouble.  Did he say anything in

12   response?

13        A    I think he said move along or something

14   like that.

15        Q    What did you say?

16        A    I didn't say nothing.  I just kept on

17   walking.

18        Q    And where did you walk?

19        A    Across to my house.

20        Q    Now, it's my understanding your house has a

21   fence around it, correct?

22        A    Yes.

23        Q    Did you go on the other side of the fence?

24        A    Yes.

25        Q    How did you get on the other side of the

1    fence?

2          A    Over here the fence is lower.  I climbed

3    over that side of the fence.

4          Q    You hopped over the fence?

5          A    Yes.

6          Q    When you say you hopped over the fence, was

7    it the fence on the side of the house, the front of

8    the house?

9          A    Over here.  There's a little fence that go

10   on that side of the house.

11         Q    So, on Defendant's Exhibit Four, which part

12   of the fence did you hop over?

13         A    Over that side.

14         Q    Are you pointing --

15         A    The slope behind the tree.

16         Q    How about this photograph, does it show

17   which portion of the fence --

18         A    No.

19         Q    How about Defendant's Exhibit One?

20         A    It's behind the tree.  The fence, it goes

21   up.  There's a little hump right here.  So it is

22   lower.

23         Q    How about on Defendant's Exhibit 3, does

24   that show where you hopped over the fence?

25         A    It is beside the wall, alongside the wall.

1    other of your family members around you?

2          A    Well, I was there for maybe two minutes.  2

3    or 3 minutes.  Then my mother she came.

4          Q    So, after you hopped the fence, you go to

5    this area where you put a circle on Defendant's

6    Exhibit 4.  When you get to that area, what do you do?

7          A    I am shouting over to the police officer

8    questioning him why did he push me.

9          Q    All right.  And what did he say?

10         A    He looked at me and looked away.  And then

11   I asked him again, why did he push me.

12         Q    Okay.  What did he say?

13         A    He came out of the cruiser, him and his

14   partner, walked towards me.  Say three inches, like

15   real close to me.  When he said something, he actually

16   spit in my face.

17         Q    All right.  So now when you're standing

18   over the fence and you're shouting over to him why did

19   you push me, how loud were you shouting?

20         A    I would say not loud, but enough that you

21   could hear me sitting from here.

22         Q    Did you use any profanity?

23         A    Yes.

24         Q    What profanity did you use?

25         A    Why the did you put your hands on me.

1   he walked over to you and got real close to you?

2       A   Yes.

3       Q   Do you know which officer it was?

4       A   To describe him, I don't know the name,

5   dark hair.

6       Q   Did both of them get up close to you or

7   just one?

8       A   One.

9       Q   Was that the officer that you claim pushed

10  you?

11      A   Yes, same officer.

12      Q   So, when he gets up real close to you, what

13  did he say or what do you say, that's next?

14      A   You could do what the fuck you want.

15      Q   You're saying that is what he said?

16      A   Yes.

17      Q   Then what did you say?

18      A   I told him you didn't intimidate me or

19  something like that.

20      Q   You said to the officer you didn't

21  intimidate me?

22      A   Yes.

23      Q   Why did you say that to an officer?

24      A   Because he spit in my face.  The way I see

25  it, don't get me wrong, you're supposed to respect the

1    law.   But he came up to me and spit in my face.  You

2    are talking to me.  And your actually saying something

3    to me and spit in my face and you have no disregard to

4    who you are talking to.  And I was trying to find out

5    like why did you put your hands on me.  Is it right to

6    put your hands on somebody that didn't do nothing

7    wrong?

8         Q    So then you said to the officer you didn't

9    intimidate me.  What did he say in response?

10        A    He didn't say anything to me.

11        Q    What happened next?

12        A    He started to walk around the premises.

13        Q    Didn't he ask you for your ID?

14        A    After they came inside  --

15        Q    No, at the fence?

16        A    No.

17        Q    You read the police reports in this case?

18        A    That is not what he said.  He asked for ID

19   after he came on the premises.  My mother was asking

20   him what did he want.  Why did he come on the

21   property.  And he said to her that he's investigating

22   me or asking me for I.D.?

23        Q    So, you're saying when the officers

24   approached you at the fence, you're saying they didn't

25   asked you for your I.D.?

1    as Defendant's Exhibit 2.  So where did the police
2    officers walk around to?  You're saying they walked
3    around the fence.  Where did you they walk around to?
4           A    Where I circled to the  --
5           Q    That is right, you did circle.  Let me see
6    where that is.  On Defendant's Exhibit 4 you had put a
7    circle where you were at the fence?
8           A    Yes.
9           Q    Is that where you had this discussion with
10   the police officers at the fence?
11          A    Yes.
12          Q    And you say they walked around?
13          A    Around.
14          Q    So, what you just gestured, they walked
15   around and along the front?
16          A    Yes.
17          Q    I am going to show you Defendant's
18   Exhibit 5 which shows the front of your house with the
19   front gate?
20          A    Yes.
21          Q    You see that?
22          A    Yes.
23          Q    Where did they walk to?
24          A    From back here to here.
25          Q    Did they go through the gate?

```
1        A    Yes.
2        Q    Was the gate open?
3        A    No.
4        Q    Did they open the gate?
5        A    Yes.
6        Q    What were you doing as they were walking
7   around?
8        A    I was with my mother.  She said go up on
9   the steps.  So, I was right here.
10        Q    So, as they are walking around the fence,
11   you walk up on your front porch?
12        A    Yes.
13        Q    And then they get to your front gate?
14        A    Yes.
15        Q    Then who's on the porch, just you?
16        A    Just me and my mother.
17        Q    No one else?
18        A    No.
19        Q    Did they say anything as they are walking
20   around?
21        A    Yes.  After they reached  --
22        Q    I didn't say  -- as they are walking
23   around?
24        A    No, they didn't say anything.
25        Q    And then they reached the front gate, they
```

1    open it and they walked through?

2          A    Yes.

3          Q    Did they say anything to you as they are

4    coming through the gate.

5          Q    My mother asked them what they are doing.

6    They said they want ID.  They are going to investigate

7    me.

8          Q    What did your mother or you say in

9    response?

10         A    Well, my mother was like give them your ID.

11   Give them your ID.

12         Q    Your mother was telling you?

13         A    Give them my ID.

14         Q    Did you?

15         A    Yes, I did.  That is how they got all my

16   belongings.  Because they had my wallet and everything

17   because I gave them ID.

18         Q    So, you're saying when they came around the

19   house, walked through your front gate, as they are

20   walking towards you they ask for your ID, you give it

21   to them?

22         A    After they reached  -- can I show you?

23         Q    Just don't draw.

24         A    They came up to the steps.  As they come in

25   they are asking for I.D.  My mother was right here and

1    I was right there.  My mother turned told me to give

2    them your ID.  Then they both came to the steps.  One

3    of the officers was right here, one here.  I gave my

4    mother the ID.  She gave the officer the ID.

5           Q    So, you're saying you gave your mother the

6    ID?

7           A    Yes.  She said give me the ID.  She was in

8    front of me.  She said give me the ID.  She give it to

9    him.

10          Q    Were the officers up the stairs?

11          A    Yes.

12          Q    So, the officers walk through the front

13   gate, walk up the sidewalk, walk up your front stairs

14   onto your front stoop and that is where your mother

15   gives them the ID?

16          A    Yes.

17          Q    So, what happens next?

18          A    I was standing right here  --

19          Q    When you say right here --

20          A    On the front stoop.

21          Q    Okay.  Then what happens next?

22          A    Then after I was in there, I gave them the

23   ID.  Then I heard my  -- Kenville, I heard his voice,

24   then I heard the officer ask him if he lives here.

25          Q    When you heard Kenville's voice where were

1    now I am trying to find out the next thing you saw.

2    That is fine.

3           So then you look around your mother, you

4    see Kenville with one arm behind his back with tje

5    police officer on him.  What happens next?

6        A   Right there when I said I moved around my

7    mother a little bit.  The other officer came over to

8    me.  He tased me from right there up to my neck.

9        Q   When you say right there?

10       A   From my calfs, my leg, my rib and my neck.

11       Q   Let me ask you this, when you're in this

12    hallway, are you saying anything to your brother or

13    the officers?

14       A   No, I didn't say anything.

15       Q   When you looked around your mother to see

16    what was happening with Kenville, did you say

17    anything?

18       A   I said what is going on.

19       Q   Then you are claiming the next thing that

20    happened a police officer came up to you and just

21    started tasing you?

22       A   Yes.

23       Q   You didn't have any interaction with this

24    police officer?

25       A   The officer that pushed me, that was his

1    partner that was tasing me.

2         Q    I understand.  You are saying this officer

3    just walked up to you and started tasing you?

4         A    I was outside.

5         Q    Did you say anything to him?

6         A    No, I didn't say anything to him.

7         Q    Did he say anything to you?

8         A    He tasing me that is all he said.

9         Q    So, you are saying the police officer just

10   walked up to you and he started tasing you?

11        A    Yes.

12        Q    So you're saying he started tasing you from

13   your calf?

14        A    Yes.

15        Q    You earlier pointed to the left side of

16   your body?

17        A    Yes.

18        Q    So, he tased you -- did he tase you on the

19   calf?

20        A    Calf, thighs, rib, neck.

21        Q    You're gesturing all the way up your left

22   side?

23        A    Yes.

24        Q    Did you feel the effects of the taser?

25        A    Yes.

1      Q   When he tased you on your calf, what

2   happened to you?  Did you fall down?

3      A   I went down a little bit.  When he tased me

4   down there, I guess he didn't connect properly.

5      Q   So, you didn't feel the full effect?

6      A   Until he came up my body.

7      Q   You're saying he tased you on your waist

8   area?

9      A   Rib.

10      Q   It went from your calf to your rib?

11      A   Calf, thighs, rib, neck.

12      Q   So, the next portion of your body is your

13   thigh?

14      A   Yes.

15      Q   Did you feel the effects when he tased you

16   on your calf?

17      A   Yes.

18      Q   Did you fall down?

19      A   It stunned me.

20      Q   What did you do in response?

21      A   I pulled back.

22      Q   Did the officer say anything?

23      A   Kept on tasing me.

24      Q   Did you say anything to the officer?

25      A   No.

```
 1          Q    Then you said he next tased you in the side
 2    or you ribs?
 3          A    Yes.
 4          Q    Did you feel the effects?
 5          A    Yes.  It also stunned me too.
 6          Q    When you say stunned you, like what?
 7          A    Like doing some electrical, it hits you,
 8    and you jump back.
 9          Q    That is what you felt?
10          A    Yes.
11          Q    So, you didn't like fall down and seize up?
12          A    No.
13          Q    He hit you in the ribs and you say you get
14    shocked a little bit.  What is next?  Did you say your
15    neck?
16          A    Yes, he hit me in the neck.  Then it really
17    hurt.  Pushed me over.  I started to pulled away from
18    him.
19          Q    Did you say anything to the officer?
20          A    No, I didn't.
21          Q    Did he say anything to you?
22          A    No.  He said comply  -- I am not quite
23    sure.  I don't really remember anything right now.  It
24    is just a blur.  I can't really remember everything
25    offhand.
```

1      Q   Isn't it true that one of the officers was
2   struggling with Kenville that you actually started
3   fighting with the other officer and that is why he
4   tased you?

5      A   No.  I didn't touch the officer.  I didn't
6   fight him.  I didn't put my hands on him.

7      Q   All right.  What you're telling me is that
8   an officer just walked up to you and just starts
9   tasing you for no reason?

10                  MR. VAN DYKE:  Objection to form.
11          Asked and answered.

12   BY MR. DEMBICZAK:

13      Q   You can answer.

14      A   Okay.  That is the same officer that came
15   in the premises.  He didn't come up to me.  That is
16   the same one that had my ID in his hand.  My mother
17   gave him my ID.  He didn't just come out of the blue
18   and start tasing me.  He was there.  When he start
19   tasing me and do whatever he did, he was not come like
20   he just walked up to me and start doing it.  He asked
21   me to give him my ID.  When all that stuff with my
22   brother Kenville was going on, I came around my mother
23   a little bit then that incident occurred, he pushed me
24   inside the hallway.  He tried to push me down on the
25   ground.

1        Q    Why was he trying to push you on the

2  ground?

3        A    He was not trying to push me.  He was

4  trying to trip me.  My mother's hallway, I don't know

5  if you can see, it is a small hallway.  There's glass

6  those thick glass you put down on top of it.  There's

7  a thick glass on top of it.  The glass was there.  It

8  was right beside me.  He was going to push me over on

9  top.  So I hold onto the wall.  That is the only way I

10  stayed up.

11        Q    I understand that.  But your testimony was

12  you looked around your mother to see what was going

13  on, the officer walked up to you, pushed you and tased

14  you?

15        A    Yes.

16        Q    And you are claiming he did that for no

17  reason?

18        A    I don't know why he did it for, but I was

19  no threat to him.

20        Q    Okay.  And then while this was occurring

21  with the officer with the taser, isn't it true you

22  grabbed the taser?  From the officer?

23        A    I took it away from the officer?  Is that

24  what you're saying?

25        Q    No, I asked if you grabbed the taser?

1      A   No, I never grabbed the taser.  No, I

2   didn't grab the taser.  When he was tasing me, I

3   didn't grab it.  I just like  -- I didn't physical

4   grab the taser.  You know when you're blocking.  If

5   somebody tried to hit you, you're blocking.  I was

6   pushing off because it hurt.

7      Q   You were trying to block the taser from

8   touching your body?

9      A   Yes.  I didn't grab the taser.

10     Q   You gestured your arm in kind of like a

11  swiping motion.

12     A   No, pushing motion.  If I showed you

13  standing up, he was tasing me like this.  I was like

14  this.  He was pushing away like this.  He was hitting

15  my arm.  He hit over here.  When he hits here, that is

16  when I feel it.

17     Q   Of all these tasings, the calf, the thigh,

18  the ribs and the neck, were you trying to push all of

19  those away?

20     A   No, not all of them.  When he hit me down

21  in the calf, that is when I started pulling away.

22  Then he hit me here in my thighs, that is when I ran

23  up in the hallway.  I was trying to not run, but move

24  away.  He hit me in the rib and then he hit me in the

25  neck.  When he hit me in the neck, we was in the

114

1    hallway.

2         Q    A line in the report says, "Edwards grabbed

3    Officer Cornell's taser while in his right hand and

4    attempted to forcefully take the taser away from his

5    grasp."  So, you're saying that never occurred?

6         A    No.

7         Q    You're saying the police officers made that

8    up?

9         A    Yes.

10        Q    Okay.  So, after he tased all the way up,

11   what happened next?

12        A    The so-called scuffle inside the hallway

13   lasted, say, maybe two minutes.  Maybe two minutes or

14   less.  Because by the time he was tasing me, and all

15   that was happening, he had time to put away his taser

16   when I was standing there.  So, we was scuffling, but

17   he had time to put away his taser.  While I was

18   standing there, I said I don't want no problems,

19   whatever.  Then he tried to put me down.

20        Q    After he tased you, he put his taser away?

21        A    Yes.

22        Q    While he was putting his taser away, what

23   were you doing?

24        A    I was just standing there.

25        Q    Did you say anything to him?

1        A    No.

2        Q    Did he say anything to you?

3        A    He didn't say anything to me.  I said what

4   are you doing?  What are you doing?  I don't remember.

5   It is blurry right now.  I didn't say anything bad or

6   cursed at him in that hallway.

7        Q    Again, you've got to focus on my question.

8   I didn't ask you if you cursed.  So I asked did you

9   say anything to him.

10       A    No.

11       Q    So, it's either yes you did say something

12  to him or no you didn't.

13       A    No.

14       Q    Did he say anything to you, again while

15  he's putting the taser away?

16       A    No.

17       Q    What happened next?  He put the taser away.

18  What happened next?

19       A    He tried to put me down on the ground.

20       Q    How did he try to put you down on the

21  ground?

22       A    He tried to trip me.  He put his foot in

23  front of me.  The hallway is so narrow that I could

24  put my hand from not falling over.  The glass table is

25  right there.  I don't know if you have picture.

1    There's glass table, another table in front of me.

2    When he tried to trip me over, I put my hand like

3    this.

4         Q    You're saying you put it up?

5         A    Yes, so I couldn't fall over.

6         Q    He tried to bring you down with his legs,

7    leg sweep you?

8         A    Yes.

9         Q    Did he say anything while he's doing this?

10        A    No, he did not.

11        Q    Did you comply?

12        A    No.

13        Q    So you were holding yourself up?

14        A    Yes.  Just because I don't want to hit me

15   head on the glass table that's in front of me.

16        Q    So, what's happening, he's trying to get

17   you on the ground, you're trying to stay up?

18        A    Yes.  So I wouldn't hit my head on the

19   objects inside the hallway.

20        Q    What happens next?

21        A    Well, all that in the hallway his partner

22   came over with the pepper spray, and got in my eyes,

23   my face.

24        Q    Right after the officer is trying to bring

25   you down.  You're trying to keep yourself up.  You're

1    claiming the other officer came over and sprayed you

2    with the pepper spray?

3         A   Yes.

4         Q   You're claiming he sprayed you in your

5    eyes?

6         A   Yes.

7         Q   What happened next?

8         A   When he sprayed me in my eyes, I hold my

9    eyes.  I face this way to outside, then I hold my eyes

10   like this.  Then I just fell to the floor.  I think I

11   fell on one of them.  Coming towards them.  I fell

12   forward like this.  I know this is nothing there on

13   that side, the glass over there.  When I turned this

14   way, when he sprayed me originally with it, I was

15   facing towards outside because I saw he was coming.

16   When he do that I went down.  I went down straight to

17   outside.

18        Q   Okay.  Let me see if I can walk through

19   this.  The officer tries to take you to the ground,

20   you're holding, trying to keep yourself up.

21        A   Yes.

22        Q   At this point you are facing out of the

23   door?

24        A   When the officer tried to bring me down?

25        Q   After the officer tried to bring you down

1    you keep yourself up?

2         A    Yes.   The hallway this way, he was trying

3    to bring me forward.   I was facing the opposite wall

4    from me.   So, he was trying to bring me over on top of

5    that.

6         Q    The next thing you're saying that happened

7    the officer comes over and maces you?

8         A    Yes.

9         Q    When he maces you, you're saying you're

10   facing out the door?

11        A    Yes.   I saw him coming towards me with the

12   thing in his hand.

13        Q    So, after he maces you in your eyes, you

14   said you put your hands up to your eyes?

15        A    Yes.

16        Q    After he maces you?

17        A    Yes.

18        Q    Then you're saying you fall forward down

19   onto one of them, then down on the ground?

20        A    Yes.

21        Q    When the officer maces, you does he say

22   anything?

23        A    Put your hands behind your back.

24        Q    Did you comply?

25        A    Yes, I comply.

1       Q    You put your hands behind your back?

2       A    Yes.  The way the hallway, as I said the

3   glass was, they had to bring my hand around like this.

4   There was no room.  They were trying to bring my hand

5   over like this.  I couldn't go over that way because

6   the objects was inside on the right hand side.

7       Q    So, you're saying the officer that maced

8   you said put your hands behind your back?

9       A    Yes.

10      Q    Did he say that before or after he maces

11  you?

12      A    Yes.

13      Q    I thought you said you put your hands to

14  your eyes?

15      A    No, no.  If you was listening, I said I was

16  falling down, I put my hands after I got the mace

17  inside my eyes.

18      Q    You just said that after he maced you, he

19  said to put your hands behind your back and you did?

20      A    When I fell down on the ground.

21      Q    After you fell down?

22      A    He said to put your hands behind my back.

23      Q    The sequence is, he comes in, he maces you,

24  put your hands to your eyes, you fall to the ground he

25  says put your hands behind your back and you put your

1   hands behind your back?

2         A    Yes.

3         Q    Did he handcuff you?

4         A    Yes.

5         Q    Did you have  -- let me finish.  During the

6   handcuffing process, did you have any further struggle

7   with the officer?

8         A    Yes.

9         Q    What was the struggle?

10        A    Me putting my hand behind my back, they are

11  kicking me after they cuffed me.

12        Q    Were you compliant with putting your hands

13  behind your back?

14        A    Yes, I did.  It was burning.  The sensation

15  of the burning in my eyes, I didn't want to further no

16  more.  I put my hands behind my back.

17        Q    So, after you fall to the ground, and you

18  put your hands behind your back, did either of the

19  officers punch you or strike you?

20        A    Yes, they did.

21        Q    When? Before or after?

22        A    After I got handcuffed.

23        Q    After you were handcuffed, the police

24  officers struck you?

25        A    Yes.

1      Q    When you were handcuffed, were face down on

2   the ground?

3      A    Yes.

4      Q    Where did the officer strike you?

5      A    My lower back, coming up and my head.

6      Q    What did he strike you with?

7      A    Foot.

8      Q    Was he kicking you or holding you down?

9      A    I don't know who was holding me and who was

10   kicking, but somebody was kicking me in my back.  I

11   couldn't see because the mace was in my eyes.  And

12   also he was kicking my back from here to up here.

13      Q    Okay.

14      A    Then I started to like turn side to side.

15   I don't know which one of them, I don't know who did

16   it, they picked me up by my hair.  They hold my head.

17   I got the hair.  I forgot to bring it here.  They

18   popped my hair out, picking me up off the ground with

19   my hair.

20      Q    All right.  I am more focused about you are

21   claiming you were handcuffed and the officers were

22   kicking you.  I am trying to understand were they

23   kicking you or were they holding you down?

24      A    Kicking me.

25      Q    And were you trying to get up?

122

```
 1        A    No.

 2        Q    So, you're saying they just started getting

 3   you in the back while you're down on the ground with

 4   handcuffs?

 5        A    Yes.

 6        Q    How many times did they kick you?

 7        A    I would say about 6-7 times.

 8        Q    You know which officer kicked you?

 9        A    I couldn't see.

10        Q    Did they say anything?

11        A    Not at the time.

12        Q    I am sorry.

13        A    Not at the time.  They were actually

14   cursing over me while they was doing that.

15        Q    What were they saying?

16        A    Fuck, shit, stuff like that.

17        Q    After they kicked you, you're saying at

18   some point they picked you up?

19        A    Yes.

20        Q    After they stopped kicking you to the point

21   where they picked you up, did they strike you, punch

22   you, kick you, anything else?

23        A    They punched me like where the door is --

24        Q    I didn't ask you to point.  Did they kick

25   you, punch you?
```

```
 1          A    Yes, after I got up.

 2          Q    I didn't say after you got up.  I said

 3    after the kicks and punches to your back and before

 4    they picked you up, were there any more kicks or

 5    punches?

 6          A    Punches when I got up.

 7          Q    Before you got up?

 8          A    After I got up.

 9          Q    I am asking before you got up.  Were there

10    any more punches or kicks before you got up aside from

11    what he already talked about?

12          A    The six or seven hits.

13          Q    That is it.  Just those kicks.  No other

14    kicks or punches, just the ones you described before

15    you were picked up?

16          A    Yes.

17          Q    So, then you said there was a point in time

18    when they picked you up?

19          A    Yes.

20          Q    How did they pick you up again?

21          A    Right here. (Indicating)

22          Q    You got to describe that.

23          A    They picked me up with my hair.   They

24    picked me up by my hair.  They popped one of my

25    dreads.
```

124

1      Q    They are fake?

2      A    No, these are real.  You see the length on

3  them.  It is different.  This is the one they popped.

4  They picked me up by my hair, popped my dreads.

5      Q    You say pop?

6      A    Break.

7      Q    They broke your dreads?

8      A    Yes.

9      Q    It was your real hair?

10      A    Real hair.

11      Q    All right.  So, what happened next?

12      A    When they picked me up, before I came

13  outside  -- I mean leave from the right door coming

14  outside, somebody else, I don't know who hit me

15  because my eyes was closed, they hit me again after I

16  got up.

17      Q    Let me ask you something, all this time

18  while you're struggling with the taser and the mace

19  and the handcuffing, could you see what was occurring

20  with the other officers and your brothers?

21      A    No.

22      Q    You're saying after they picked you up they

23  punched you again?

24      A    Yes.

25      Q    Which officer?

```
 1              (At which time the Letter referred
 2              to was marked Defendant's Exhibit
 3              Nine for Identification.)
 4
 5   BY MR. DEMBICZAK:
 6       Q   I have a document here marked as
 7   Defendant's Exhibit 9.  It is a letter from United
 8   Pentecostal Church of God dated October 30, 2012
 9   regarding community service.
10          The first paragraph reads:  "To whom it may
11   concern.  This is to confirm that Fabian Edwards
12   completed 30 hours of community service at our
13   ministry facility located in the City of Hartford, 510
14   Wethersfield Avenue.  We are currently renovating our
15   worship center.  And with his assistance, we saved
16   much needed dollars".
17       A   Yes.
18       Q   Did you do some kind of renovation?
19       A   Yes.
20       Q   What exactly did you do?
21       A   Fixed up stuff.  Clean up the yard.
22   Anything I could do.
23       Q   Now, as a result of this incident with the
24   police, did you sustain personal injuries, meaning
25   injuries to your body?
```

 1          A    Yes.  I had welts and bruises on my back.

 2          Q    What I want to do is start with very

 3     general questions and have you identify the body parts

 4     that were injured.  Just start with that.  What body

 5     parts were injured.

 6          A    Lower back, upper back.

 7          Q    Upper back.  Anything else?  Any other body

 8     parts.  We will start with that.  We will talk about

 9     them in detail.  I want to start by identifying the

10     body parts?

11          A    Nothing wrong with my head, but I got hit

12     in the head.  More in my back.  Mostly my back.

13          Q    Lower back, upper back, sounds like a

14     little bit of your head.   Anything else?

15          A    No.

16          Q    Let's start with your head, because you

17     said not really your head.  You got hit in the head?

18          A    Really nothing.  Because I didn't feel

19     anything after that.  It is just my back.

20          Q    So, let's start with your upper back.  When

21     you say your upper back, are you talking about your

22     neck or below your neck?

23          A    Like a portion of my neck, like up here.

24          Q    You're kind of gesturing to the bottom part

25     of your neck?

1        A    Yes.  The bottom spleen and mostly down

2    here.

3        Q    So, this pain in the upper part of your

4    neck, did that start immediately or did you feel it

5    the next day or when did it start?

6        A    The next day.

7        Q    What did you feel the next day?

8        A    Like throbbing of the muscles.  If I sit up

9    a certain way like I sit up straight, I have to be

10   bracing my back.  If I lean forward, my hips start

11   like a burning sensation.

12       Q    All right.  What do the hips have to do

13   with your neck?

14       A    I got kicked in the lower back as I said

15   earlier.

16       Q    We will talk about your lower back.  I want

17   to focus on your upper back, like the bottom part of

18   your back.  The next day you say you felt throbbing?

19       A    Yes, soreness.

20       Q    Any other kind of pain or problems in the

21   upper part of your back?

22       A    No, not really.

23       Q    How long did that last?

24       A    A couple of weeks.

25       Q    So, the throbbing and the soreness in the

148

```
 1   upper part of your back lasted a couple of weeks?

 2        A    Yes.

 3        Q    Then did it go away?

 4        A    Yes, eventually.

 5        Q    So, since that time that has gone away?

 6        A    Yes.

 7        Q    How about your lower back, when did you

 8   first have pain or problems with your back?

 9        A    Still have pain and problems with my back.

10        Q    I am sorry?

11        A    When I sit up it still hurts.

12        Q    We are going to talk about the current

13   conditions, but when did you first start having lower

14   back problems?

15        A    The next day.

16        Q    How would you describe the lower back

17   problems?

18        A    Burning sensation.  The way I'm sitting

19   right now, I have to have something support my back.

20   If I sit like on the edge of the bed, I have to be

21   laying down or put a pillow against the head board.

22   The couch the same thing.

23        Q    Let's say in the past six months if you

24   were to describe the pain or the problem in your lower

25   back, how would you describe it?
```

1          A    Tightening in the muscles.  Like if I go to

2    work, I take a couple Advil or Tylenol or something.

3          Q    Does that help with the pain?

4          A    It helps a little bit.  I don't feel it

5    that much.  What I do, the stuff that I bring  --

6    since I am a foreman, I don't really do a lot of work,

7    but I tell people what to do.  I do some work, but I

8    don't do all the work.  If I bring like this note pads

9    like over here, I will bring one or two and then go up

10   so they could give me the stuff that I need.

11         Q    So, in the past six months, I want to talk

12   about the pain in your lower back.  You said it is a

13   burning sensation?

14         A    Yes.

15         Q    Is there anything you could do to alleviate

16   the pain, take Tylenol, Advil?

17         A    About four Advils will do it.

18         Q    Does it alleviate the pain?

19         A    It gets the pain away.  It is like I am

20   scratching.  That spot is scratching, I take it, it

21   hurts, but not that bad.

22         Q    And if you were to rate the pain in the

23   past six months -- I say rate it, I will give you a

24   scale.  One being the least amount of pain, ten being

25   the most amount of pain.  In the past six months on

150

1    average how would you rate the pain in your lower

2    back?

3         A    About six or seven.

4         Q    When you take the Advil or Aleve or

5    whatever, what does it bring it down to?

6         A    About four.

7         Q    Have you seen any doctors or physicians in

8    the last year about pain in your back?

9         A    Honestly, I went like two or so times.

10   Because I went so much those few times, my job  -- my

11   boss he fired people a lot.  I have a family to

12   support.  I don't take days off.  I never take a

13   vacation.  I never take a vacation before.  When I do

14   take a vacation, like if I get early a couple of days

15   off.  If I am not working or they shut the job site

16   down, that is the only time I get a little rest.  I

17   have been there like nine years.  The longest I've

18   been off work, that is two weeks.  That is the other

19   day.

20        Q    Does your pain impact your job at all?

21        A    It impacts my job somewhat.  Normally I set

22   the pace for the other guys.  I get a quote  -- like

23   my boss tell me I got to start this job Monday.  I

24   have to complete the job Tuesday or Wednesday.  If I

25   go over they pay that money.  So if I am back on those

1    numbers, I get yelled at or fired, one of the two.

2         Q    You also in your interrogatory responses,

3    you identify some contusions, which are bruises?

4         A    Yes.

5         Q    How long did those bruises last?

6         A    Like a week or so.

7         Q    You talk about shock from the taser?

8         A    Yes.

9         Q    Was that the immediate shock that you felt

10   right then?

11        A    I can't explain it.  Like when you sit down

12   a certain time, sit down and your legs cramp up, and

13   you have that pins sticking you, that is the type of

14   feeling I felt like after.  Like I was in the car,

15   that feeling was still there.

16        Q    That was in the car right after it

17   happened?

18        A    Yes.

19        Q    How about in the days following, any

20   problems from the taser?

21        A    Not really.

22        Q    So, just that day.  In your interrogatory

23   responses you also talk about what is called emotional

24   injuries, humiliation, embarrassment, terror, fright,

25   emotional distress, things like that.  Have you ever

1    received any kind of treatment for that?

2         A    No.

3         Q    You ever try to go after work one day?

4         A    Let me explain.  I could start to work at

5    6 o'clock and finish at 8:00 in the afternoon.  I

6    could leave here now to Greenwich, New Hampshire.  I

7    get back sometimes nine, some days six, some days

8    three.  It all depends.  I can't set a schedule day

9    where I could take off from work and get home on time

10   to do that.

11        Q    So, I am clear, you haven't received any

12   kind of treatment for these emotional problems?

13        A    No.

14        Q    In the past six months, have you had any

15   emotional problems as a result of this incident?

16        A    Anytime I see a police car, like if I see a

17   cruiser, I pass a cruiser or I be looking back  --

18   what you call it anxiety.  I keep on looking, looking,

19   looking.  That is why I moved from Hartford.

20        Q    Any other emotional problems in the past

21   six months aside from the anxiety that you had when

22   you saw a police officer?

23        A    I get real paranoid anytime I see a cop car

24   and that is it.

25        Q    And according to your interrogatory

```
 1   STATE OF CONNECTICUT)

 2                      )   ss:

 3   COUNTY OF HARTFORD  )

 4

 5

 6            I, Robert Miller, a Notary Public, do

 7   hereby certify that Fabian Edwards was by me first

 8   duly sworn, to testify the truth, the whole truth, and

 9   nothing but the truth, and that the above deposition,

10   was recorded stenographically pursuant to Notice by me

11   and reduced to printed transcript by me.

12

13            I FURTHER CERTIFY that the foregoing

14   transcript of the said deposition is a true and

15   correct transcript of the testimony given by the said

16   witness at the time and place specified hereinbefore.

17

18            I FURTHER CERTIFY that I am not a relative

19   or employee or attorney or counsel of any of the

20   parties, nor a relative or employee of such attorney

21   or counsel, or financially interested directly or

22   indirectly in this action.

23

24            IN WITNESS WHEREOF, I have hereunto set my

25   hand and seal of office at East Hartford, Connecticut,
```

```
1   this         day of                    , 2014.

2

3

4
                              (SEAL)
5                    Robert Miller, Notary Public

6
    My Notary Commission Expires
7   April 30, 2019

8

9

10

11

12

13

14      .

15

16

17

18

19

20

21

22

23

24

25
```