**<u>EXHIBIT D</u>**

Case 3:13-cv-00878-WIG  Document 43-5  Filed 07/17/15  Page 2 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                          4/11/2014

1

1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT
2

3    FABIAN EDWARDS, KENVILLE EDWARDS,    :
     KEITHMICHAEL MITTO and              :    CASE NO.
4    ELIZABETH EDWARDS                   :    3:13-CV-00878-WWE
                                         :
5    vs.                                 :
                                         :
6    CITY OF HARTFORD, JAMES ROVELLA,    :
     OFFICER MATTHEW CORNELL,            :
7    OFFICER CHRISTOPHER MAY and         :
     OFFICER ERIC BAUMGARTEN             :    APRIL 11, 2014
8

9                    DEPOSITION OF:  KENVILLE EDWARDS

10
     APPEARANCES:
11
     EGAN, DONAHUE, VAN DYKE & FALSEY, LLP
12        Attorneys for the Plaintiffs
          24 Arapahoe Road
13        West Hartford, CT 06107
          (860) 232-7200
14   BY:  PETER M. VAN DYKE, ESQ.
          pvd@eddf-law.com
15
     HOWD & LUDORF, LLC
16        Attorneys for Defendants Cornell, May, Baumgarten
          65 Wethersfield Avenue
17        Hartford, CT 06114
          (860) 249-1361
18   BY:  ALAN R. DEMBICZAK, ESQ.
          adembiczak@hl-law.com
19
     OFFICE OF CORPORATION COUNSEL
20        Attorneys for Defendant Hartford, Rovella
          550 Main Street
21        Hartford, CT 06103
          (860) 757-9700
22   BY:  NATHALIE FEOLA-GUERRIERI, ESQ.
          feoln001@hartford.gov
23
                        Christine E. Borrelli
24                   Connecticut License No. 117
                      Registered Merit Reporter
25

```
 1    . . . . . . Deposition of KENVILLE EDWARDS, a Plaintiff,

 2    taken on behalf of the Defendants, in the herein before

 3    entitled action, pursuant to the Connecticut Practice Book,

 4    before Christine E. Borrelli, duly qualified Notary Public

 5    in and for the State of Connecticut, held at the Law Offices

 6    of Howd & Ludorf, LLC, 65 Wethersfield Avenue, Hartford,

 7    Connecticut, commencing at 9:15 a.m. on Friday, April 11,

 8    2014.

 9

10              S T I P U L A T I O N S

11

12        It is hereby stipulated and agreed by and among counsel

13    for the respective parties that all formalities in

14    connection with the taking of this deposition, including

15    time, place, sufficiency of notice, and the authority of the

16    officer before whom it is being taken may be and are hereby

17    waived.

18        It is further stipulated and agreed that objections

19    other than as to form are reserved to the time of trial.

20        It is further stipulated and agreed that the reading

21    and signing of the deposition transcript by the deponent is

22    hereby not waived.

23        It is further stipulated and agreed that the proof of

24    the qualifications of the Notary Public before whom the

25    deposition is being taken is hereby waived.
```

Case 3:13-cv-00878-WIG  Document 43-5  Filed 07/17/15  Page 4 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                           4/11/2014
                                                              81

1       A.   Yes.

2       Q.   You're saying you came around the -- if we're

3   looking at it, the left side?

4       A.   Yes.

5       Q.   When you say you came around, you came around on

6   the inside of the fencing?

7       A.   Came around the garbage can and then came around,

8   right down the side right there to the front.

9       Q.   You came right here inside of the fencing, not the

10  outside?

11      A.   Yes, yes.

12      Q.   Okay.  So, what happened next?

13      A.   When I came around, I walked up on the front

14  porch.  I came around and walked up on the front porch.

15  Then when I came up, I saw the officers -- like my mom was

16  standing at the front door to her apartment.  My brother was

17  inside.  When I walked up, the officer was towards the other

18  door.

19      Q.   Okay.

20      A.   That's my door to go up to the third floor.  So, I

21  asked him, Officer, what happened.  What did my brother do?

22  He asked me, do you live here?  I said yes, I live here.  I

23  live on the third floor.  He said, get off the porch.

24      Q.   Okay.

25      A.   When he said get off the porch, I was -- I turned

Case 3:13-cv-00878-WIG  Document 43-5  Filed 07/17/15  Page 5 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                              4/11/2014        82

1   around about to come on the -- like about to walk off the
2   top part of the porch, and then I turned like this, turned
3   to the right.

4        Q.   Okay.  You're getting good at that.

5        A.   Slightly.  Huh?

6        Q.   You're getting good at explaining.

7        A.   I could stand up?

8        Q.   Sure, that's fine.  You can stand up if you want.

9        A.   Yeah.  I was coming off like this, and then I went
10  like this and said -- because he was standing, like, right
11  behind me like right here.

12       Q.   When you say "like this," you're standing and
13  you're turning around to your right?

14       A.   He told me to get off the porch.  I went like this
15  coming off the porch, and I turned around like this.  And I
16  said, Officer, honestly, can you tell me what did my brother
17  do?  He said, since I'm asking so much questions, I can get
18  locked up, too.  He took this hand, his right hand, and
19  grabbed my right hand, bend it behind me like this and
20  grabbed me around the throat.  When he got me around my
21  throat, my little brother was like coming down the steps.
22  My little brother said, like, what are you doing to my
23  brother, because when he grabbed me around my throat, he was
24  squeezing my throat, so I was trying to, like -- trying to
25  like get the pressure off my throat.  So, I held onto his

```
 1          Q.   So, you were on the porch?

 2          A.   I was right beside him, standing beside him.

 3          Q.   So, was it you were walking around, then walking

 4     up the stairs onto the porch as you're asking him this?

 5          A.   No.  I walked up -- they was already standing at

 6     the door.  Their backs was turned to me when I was going up.

 7     So, when I walked up, he turned around and I asked him,

 8     Officer, can I ask you what did my brother do, why you want

 9     to lock my brother up.  And then he asked me if I lived

10     there.  I told him yes.  He said I am to get off the porch.

11          Q.   And did you get off the porch?

12          A.   About to get off the porch.  When I was walking

13     away, I turned -- I slightly turned around and asked him,

14     seriously, Officer, why do you want to lock my brother up.

15     What did he do?

16          Q.   Okay.

17          A.   And he said to me because I'm asking so much

18     questions, I could get locked up, too.

19          Q.   Okay.

20          A.   The same instant he said that, he grabbed my hand,

21     bent my hand behind me, grabbed me around the throat.

22          Q.   And this is while you're still going down the

23     stairs?

24          A.   No, I couldn't move.  He already grabbed me.

25          Q.   No.  I'm asking where you were when he grabbed
```

Case 3:13-cv-00878-WIG  Document 43-5  Filed 07/17/15  Page 7 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                    4/11/2014        87

1  you.

2      A.    On top of the porch.

3      Q.    So, you hadn't gone down the stairs yet?

4      A.    I'm about to step off the porch.

5      Q.    But he grabbed you and put your arm behind your

6  back when you're still on the top of the stairs?

7      A.    Okay.

8      Q.    So, then after he puts -- I think you said he put

9  your right hand -- put it behind your back, and then I think

10  you also said he grabbed you around your throat.

11     A.    Yes.

12     Q.    Which hand did he grab you with around your

13  throat?

14     A.    The left-hand side.

15     Q.    Was he in front of you or behind you?

16     A.    Behind me.

17     Q.    And then I think you said you put your hands on

18  the officer's hand that was on your throat?

19     A.    Yes, because he was squeezing my throat.

20     Q.    So you were trying to pull it off?

21     A.    Absolutely.  I was trying to breathe.

22     Q.    So, you were trying to pull the officer's hand off

23  your throat?

24     A.    Wanting to breathe.

25     Q.    It's just yes or no.

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                        4/11/2014

90

```
 1        A.    I couldn't.  I wasn't even talking.

 2        Q.    Did your brother say anything again to the

 3   officer?

 4        A.    No.

 5        Q.    And when you say your brother, we're now talking

 6   about Keith?

 7        A.    Yes.

 8        Q.    All right.  And then I think you said there was

 9   something about they sprayed something?

10        A.    Yeah.

11        Q.    Did that happen immediately after your brother

12   came down?

13        A.    That happened when he pushed me towards my

14   brother.

15        Q.    Oh, that's right.  I think you said he pushed you

16   towards your brother.  You stumbled towards your brother --

17        A.    Yes.

18        Q.    -- and that's when he pulled out the OC spray.

19   Did he spray both of you?

20        A.    I don't know if he pulled it out at the same time.

21   Actually, I think, yeah, he pulled it out at the same time

22   because I stumbled in, and when I turned around like this,

23   then the spray hit me in my face.

24        Q.    Okay.

25        A.    So, I closed the door, closing the door, because
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES
(860) 291-9191

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                          4/11/2014
                                                        91

```
 1   he was still spraying.
 2        Q.   So, let me see if I can understand the sequence.
 3        A.   Okay.
 4        Q.   The officer has you with his -- one arm behind
 5   your back?
 6        A.   Yes.
 7        Q.   Hand on your throat?
 8        A.   Yes.
 9        Q.   Your brother comes down the stairs and asks the
10   officer what he's doing?
11        A.   Yes.
12        Q.   The officer then pushes you towards your brother?
13        A.   Yes.
14        Q.   You stumbled towards your brother?
15        A.   Yes.
16        Q.   You then turn around, and that's when the OC spray
17   comes?
18        A.   Yes.
19        Q.   And then I think you said you pushed your brother
20   into the doorway?
21        A.   No.  He was already inside the building.
22        Q.   All right.  I think you said you pushed him up the
23   stairs.
24        A.   Yeah, after the door closed.  He was already in
25   front of me, so I was pushing him up the stairs because he
```

1  couldn't like -- none of us could, like, make it up the

2  stairs like that because he was already stumbling.  Because

3  of the spray, you couldn't see.  None of us could see.  The

4  only way I made it up the stairs was because I know the

5  building.  I could close my eyes and go into my apartment.

6  I was holding onto the -- the building has this rail that

7  goes up like this.  I was using that to lead me up the

8  stairs.

9       Q.   The handrail going up the stairs?

10      A.   Yeah.  So, in the meantime, I was holding onto my

11  brother, too, making sure he's going up in front of me.

12      Q.   So, let me see if I can understand this.  After

13  the OC spray happens, you close the door?

14      A.   Yes.

15      Q.   You're both in the hallway?

16      A.   Yes.

17      Q.   And you close the door behind you?

18      A.   Yes.

19      Q.   And you kind of push your brother up the stairs.

20  You're using the handrail to guide yourself up the stairs?

21      A.   Yes.

22      Q.   And then I think you said you get up to your

23  apartment.  You push your brother into the bathroom and you

24  go to the kitchen?

25      A.   The kitchen is like -- the kitchen is like five --

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                              4/11/2014
                                                           97

1       Q.   (By Mr. Dembiczak)  So, you say after you get up
2  stairs, you push your brother into the bathroom and you go
3  into kitchen?
4       A.   I'm already in the kitchen.
5       Q.   So, you put your brother into the bathroom?
6       A.   Yes.
7       Q.   What happened next?
8       A.   I went towards the sink.
9       Q.   And then what happened?
10       A.   I turn on the pipe, like start washing my face,
11  then the girl that was staying in the back room, the back
12  door -- went to the back door because the back door was like
13  knocking, knocking, knocking.  So, she opened the back door
14  and says, Kirk, it's the police.
15       Q.   Okay.
16       A.   And I turned my head like this, trying to see,
17  then I feel like something hit me in the side of my head.  I
18  fell to the ground, then I started feeling like somebody
19  hitting me, hitting me, then I passed out.
20       Q.   All right.  So, you're saying you go to the
21  kitchen sink.  You turn on the water.  You stared washing
22  your face?
23       A.   Yeah.  My face starting like -- it didn't get
24  better.  It got worse because my eyes started like burning
25  worse.  And then it's like -- if I could go like this and

Case 3:13-cv-00878-WIG  Document 43-5  Filed 07/17/15  Page 12 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                            4/11/2014
                                                        98

```
 1    see you little bit, when I started washing my face with the
 2    water, everything just got blurry.  I couldn't see nothing.
 3    So, when that happened, the girl said to me, Kirk, it's the
 4    police.
 5         Q.   Hold on.  I'm going to walk through that.  Hold
 6    on.
 7         A.   Yeah.
 8         Q.   So, you're washing your face, then the girl in the
 9    back room went to the door because she heard knocking?
10         A.   Yes.
11         Q.   And then she says to you, Kirk, it's the police?
12         A.   She opened the door.
13         Q.   She opened the door --
14         A.   Yes.
15         Q.   -- for the police?
16         A.   Yes.  Then she said, Kirk, it's the police.
17         Q.   And then you're saying you turned to look?
18         A.   Tried to look.
19         Q.   You turned to try to look?
20         A.   Yep.
21         Q.   And then you said you felt something hit you?
22         A.   Something hit me in the side of my head.
23         Q.   How many times?
24         A.   Once, and I fell to the ground.
25         Q.   And then you're saying you fell to the ground and
```

Case 3:13-cv-00878-WIG  Document 43-5  Filed 07/17/15  Page 13 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                                    4/11/2014
                                                              99

```
 1   then you passed out?

 2       A.   No.  I didn't pass out.  I feel like -- I feel

 3   like pounding, like somebody just keep on punching me,

 4   punching me, punching me, then I just passed out.

 5       Q.   So, one hit to the head, you fall to the ground?

 6       A.   Yes.

 7       Q.   And then you're saying while you're on the ground,

 8   you feel more?

 9       A.   Pounding.

10       Q.   On what?

11       A.   My face, my head.

12       Q.   How many would you describe on your face and head?

13       A.   How many?  I don't know.  I felt like -- before I

14   passed out, I must have felt like six, seven punches first,

15   then after that, I just passed out.

16       Q.   So, six to ten, then you said you passed out?

17       A.   Yes.

18       Q.   What is the next thing that you remember?

19       A.   Woke up in the hospital.

20       Q.   So, you don't remember anything that happened in

21   between?

22       A.   I don't remember nothing what happened in between.

23   When I woke up in the hospital, I think -- I remember I was

24   handcuffed to the bed.

25       Q.   Okay.
```

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                        4/11/2014

109

```
 1              (Defendant's Exhibit 2, Letter, 10/30/12, marked

 2              for identification)

 3

 4      Q.  (By Mr. Dembiczak)  I'm showing you what's been

 5  marked as Defendant's Exhibit 2.  It's a letter from a

 6  Reverend Wolliston dated October 30, 2012.  I'm going to

 7  show that to you.  Have you ever seen that prior to today?

 8      A.   Yes.

 9      Q.   You have seen that prior to today?

10      A.   Yes.

11      Q.   Was this a letter that was given to you -- I don't

12  know -- for the prosecutor to show that you did community

13  service?

14      A.   Yes.

15      Q.   And when this was given to the prosecutor, in

16  exchange your charges were dismissed or nolled?

17      A.   Yes.

18      Q.   Now, as a result of this incident -- I think we

19  talked about this briefly earlier -- you're claiming that

20  you have sustained personal injuries, meaning injuries to

21  your body.  Is that correct?

22      A.   Yes.

23      Q.   What I want to do is start with a very general

24  question and ask you to identify what parts of your body

25  were injured.  Let's just start with the body parts.
```

1        A.    The neck.

2        Q.    I'm sorry?

3        A.    My neck.

4        Q.    Okay. what else?

5        A.    My head.

6        Q.    Yep.

7        A.    My ears.

8        Q.    Okay.

9        A.    My face.

10       Q.    Okay.

11       A.    When I got up, I saw like bruises on my side.

12       Q.    I'm sorry?

13       A.    Bruises on my side.  My leg was hurting me when I

14  went to the police station.

15       Q.    Anything else?

16       A.    That's basically it.

17       Q.    All right.  Let me start with the bruises on your

18  side.  You said you had some bruises on your side?

19       A.    Yeah.

20       Q.    Which side?

21       A.    Both sides, like right here.  Right here.

22       Q.    You're kind of pointing to your --

23       A.    Left to the right.

24       Q.    You're pointing to the left and right of your

25  stomach?

```
 1        A.    Yeah.  Right here up to -- like up under my --

 2   like right here under my arm coming down from my arm.

 3        Q.    Now you're kind of joining or pointing to your rib

 4   area?

 5        A.    Yeah.

 6        Q.    How long did those bruises last?

 7        A.    Lasted for like maybe a week.

 8        Q.    Did they eventually go away?

 9        A.    Yeah.  Slightly going away.  Like after that, they

10   started going away.

11        Q.    Then did they eventually completely go away?

12        A.    Yes.

13        Q.    Any other problems with the bruising?

14        A.    No.

15        Q.    After it went away?

16        A.    No.  Only from feeling like slight pains and pain,

17   feeling like slight pains and things after that.

18        Q.    All right.  Now, you also said your legs were

19   hurting?

20        A.    Yes.

21        Q.    Which leg?

22        A.    My right.

23        Q.    And which part of your right leg?

24        A.    Up to my knee area.

25        Q.    In your knee area?
```

1      A.   Yes.

2      Q.   All right.  Is this the same knee that bothered

3 you from the soccer problem in Jamaica?

4      A.   Yeah.

5      Q.   So, is it kind of like that same problem was

6 re-occurring?

7      A.   I wasn't sitting down when it started happening.

8      Q.   But was it the same kind of pain or problem you

9 had before?

10      A.   It hurt worse.

11      Q.   So, how long did the pain in your knee last?

12      A.   That lasted for almost over a week.  It never

13 lasted like that before.

14      Q.   And after that week, did it go away?

15      A.   At that time, it started going away after that

16 week.

17      Q.   And then --

18      A.   I slightly feel it like now and then.  I feel it,

19 like, after I'm sleeping and I bend my leg.  I get up.  It

20 starts hurting, but after a while, it stops hurting me.

21      Q.   So, after about this week and it got better, did

22 it get totally better?

23      A.   Yeah.  It started getting better.

24      Q.   I know it started getting better.  My question is,

25 it then didn't start getting better.  It did get completely

1    better?

2         A.    Yes.

3         Q.    And since that time, since it's been better, any

4    problems with the right knee?

5         A.    No.

6         Q.    All right.  You also said you had some injuries to

7    your face?

8         A.    Uh-huh.

9         Q.    What kind of injuries?

10        A.    Swelling, bruising.

11        Q.    Anything else?

12        A.    Pain.

13        Q.    And how long -- I'm sorry.

14        A.    A lot.

15        Q.    How long did the swelling, bruising and pain to

16   your face last?

17        A.    Swelling to my face lasted like maybe four days,

18   then it started going down.  The bruising lasted like over

19   like four or five days, then it started going away.

20        Q.    And then did it completely resolve at some point?

21        A.    Yeah.  It completely resolved.

22        Q.    And then any problems since then with the pain and

23   swelling to your face?

24        A.    Other than from like migraines and stuff after a

25   while, it's all good.  Everything was all right.

1      Q.   And then you said you also received injury to your

2  ear or ears?

3      A.   One ear.

4      Q.   Which ear?

5      A.   My left ear.

6      Q.   What kind of injury did you sustain to your left

7  ear?

8      A.   It was split open.

9      Q.   Did you have to get any kind of stitches or

10  sutures?

11      A.   Yes.

12      Q.   How many stitches?

13      A.   I think I got four stitches in my ear.

14      Q.   When you say your ear, which part of your ear?

15      A.   The lower part of my ear, right here.

16      Q.   Like the earlobe?

17      A.   Yeah.

18      Q.   And how long were those stitches in for?

19      A.   That lasted like -- the stitches is still in

20  there.  I just went to the barber because I was afraid to

21  take it -- like go back to the hospital.  The barber just

22  took his clippers and just cut the ends off.  So, I don't

23  know if it's decayed in there or --

24      Q.   Barber slash medical?

25      A.   Yeah.  I told him I was scared to go back to the

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                          4/11/2014
                                                    115

```
 1    hospital, and he just took the clippers and like just run it
 2    off like this.
 3         Q.   So, it sounds to me like recently you went to the
 4    barber and you --
 5         A.   No, no, no.  When my ear like -- when my ear
 6    started -- like when it healed up and the ends come out at
 7    the edge --
 8         Q.   Yes.
 9         A.   -- like it started mending and stuff, after that,
10    I went to the barber and he cut it off because it was in my
11    ear like maybe over a week, two weeks.
12         Q.   And then after that, have you had any other
13    problems with your left ear?
14         A.   No.  Other than from like -- after it started
15    healing, I started feeling like pain and stuff like that.
16         Q.   But did that continue, or did it eventually go
17    away?
18         A.   Did what, the pain?
19         Q.   The pain in your ear.
20         A.   Yes.  It eventually go away.
21         Q.   It eventually went away?
22         A.   Yes.
23         Q.   And then since then to now, no problems with the
24    left ear?
25         A.   No.
```

1     Q.   All right.  Now, you also mentioned -- I'm sorry.

2  Go ahead.

3     A.   If you say problem like -- say I'm listening to my

4  headphones from my phone -- say I'm listening to my

5  headphones, I can hear this one clearer than this one.

6     Q.   The right ear?

7     A.   Then this one.  Is that a problem?

8     Q.   Well, let me ask you that.  Have you ever gone to

9  an ear doctor about loss of hearing in your ear?

10     A.   No, because honestly, to tell you the truth, I

11  don't really go to the doctor like that.

12     Q.   So, are you claiming that you have less hearing in

13  your left ear?

14     A.   Slightly because if I'm listening to my headphones

15  from my phone -- say I'm listening to music or whatever, and

16  I put it in this ear, I could hear like --

17     Q.   When you say "this ear," you're saying your right

18  ear?

19     A.   I'm saying my right ear.  I hear like a little bit

20  clearer.  When I put the same headphone -- if I take the

21  headphone out of my right ear and put it in my left ear, it

22  sounds like a little bit lower, but I don't really -- I

23  don't know.  I don't know if I really think about it like

24  that.  I never went to the doctor or nothing like that.

25     Q.   All right.  Now, you also said that you had

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                          4/11/2014
                                                        117

1    injuries to your neck.  Is that correct?

2        A.    Yes.

3        Q.    Which part of your neck?

4        A.    My neck.

5        Q.    So, you're gesturing to the sides all of the way

6    back?

7        A.    The back.

8        Q.    And how long did that last?

9        A.    That lasted like for over a week.

10       Q.    And then did it go away?

11       A.    Like go away like -- when you say go away, like it

12   was like stop paining me for like maybe a couple of hours,

13   then it comes back.  Like for a few days, it happened.  Like

14   after the week, like a week, couple days later, that started

15   happening.  Then it started like paining me now and then.

16   Then it comes back, stop today, a couple hours, come back.

17   If I sleep like for -- if I lie down, like after I lie down

18   a couple of hours, then it comes back.  Then after like

19   maybe two weeks or three weeks, then the pain start going

20   away slightly.  I stop feeling it.

21       Q.    So, how about like a month after the incident, did

22   the pain go away?

23       A.    Yeah, say that.

24       Q.    So, about a month after the incident, the pain in

25   your neck --

NIZIANKIEWICZ & MILLER REPORTING SERVICES
(860) 291-9191

Case 3:13-cv-00878-WIG   Document 43-5   Filed 07/17/15   Page 23 of 28

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                          4/11/2014
                                                          118

```
 1        A.    I didn't like feel it.  If I exactly -- like say I
 2   am testing with my hands to feel, I feel the pain.  I press
 3   down, I feel like a slight, little pinch.  But if I don't do
 4   that -- after a while I started doing it, I don't feel
 5   nothing.
 6        Q.    And lastly, you claim that you had some injuries
 7   to your head?
 8        A.    Yeah, my head.
 9        Q.    What kind of injuries to your head?
10        A.    Migraines.
11        Q.    Migraines.  How long did you have migraines for?
12        A.    Like I have migraines frequently.  Like
13   sometimes -- even if, say, I'm thinking about -- just say
14   I'm thinking about work too much, say if I have to go to
15   work tomorrow and I have like stuff to do, but I know I have
16   to like complete -- so, I have to prep.  Like if I think
17   about it too much -- and honestly, this happens like after
18   this thing happened to me, not really talking about it.  If
19   you want to disregard it or whatever, it's up to you.  But
20   what happened was like after this, if I started thinking
21   about like -- say I got to go to the store and I have to
22   like prep 15 boxes of chicken, and I have to think about it.
23   I have to buy pork, chicken, you know, goat meat, ox tails
24   and stuff like that, and I think, oh, I have to finish it, I
25   have to finish it, like a slight headache will come on and
```

1    stuff like that.  But other than that I'm good, I'm good.

2        Q.    So, in the past -- so, aside from those stressful

3    situations, let's say in the past like six months, have you

4    had many migraines?

5        A.    Before the incident?

6        Q.    No.  Going backwards from today in the past six

7    months, any problems with migraines?

8        A.    No, no.

9        Q.    So, it sounds like there came a point after this

10   incident, in maybe the week or months after, that the

11   headaches went away?

12       A.    Yeah, months.

13       Q.    Months.  Okay.  All right.  Now, did you sustain

14   any kind of emotional injuries as a result of this incident?

15       A.    Yeah.

16       Q.    What kind of emotional injuries?

17       A.    Really fainting, like the day I went to court

18   sweating, stressed out.  I fainted in front of the

19   courthouse.

20       Q.    Any other problems with -- any other emotional

21   problems?

22       A.    Scared of police.

23       Q.    And when you say you're scared of police, describe

24   that for me.

25       A.    In the sense that not doing anything and having

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                                    4/11/2014
                                                                    120

```
 1   them beat you up.
 2        Q.    Any other emotional problems?
 3        A.    No, I'm good.
 4        Q.    And my understanding is the only place you treated
 5   for your injuries was with Hartford Hospital.  Does that
 6   sound right?
 7        A.    Yeah, I did.
 8        Q.    Now, on the date of the incident with the police,
 9   June 12, 2012, did you drink any alcohol?
10        A.    June 12th?
11        Q.    I'm sorry?
12        A.    It's June 12?
13        Q.    Sorry, June 14, 2012, the date of the incident
14   with the police, did you drink any alcohol that day before
15   the police came?
16        A.    I had opened a beer, drink like a little bit out
17   of it, but I didn't finish that day.
18        Q.    So, that's it?
19        A.    Yep.
20        Q.    All right.  Now, we have some of your medical
21   records that I just want to ask you a few questions about.
22
23             (Defendant's Exhibit 3, Medical Records, 6/19/13,
24              marked for identification)
25
```

1       A.    Yep.

2       Q.    And then if you go down to the bottom where it

3  says HPI, it states, "Patient is a 36 year-old male who

4  presents to the emergency department stating that after

5  walking out of the courthouse earlier today, he started to

6  tremble, everything started to go black.  Patient's brother

7  caught him and patient sat down.  He continues to tremble

8  and was sweating.  He states that he remembers everything

9  outside of when his brother caught him and everything went

10  black for a few seconds."  Does that sound right?

11      A.    Yes.

12      Q.    So, this is when you're walking out of the court

13  and you, essentially, pass out?

14      A.    Yeah, because I was in the court -- when I was in

15  the courtroom, the courthouse, I started feeling hot, like

16  my body started getting hot.  And it was like I was starting

17  to get dizzy and everything started getting black.  So, I

18  tried to get some fresh air.  So, I walked out.  I walked

19  out of the court before my family because they was behind

20  me.  So, the lawyer was there, too, and then they was

21  talking.  He was talking to me, too, but I wanted to like

22  try to reach where, like by the courthouse where the

23  sidewalk is at where you can like sit for a minute, but I

24  couldn't get there.  So, my brother saw me like -- he saw

25  what was happening and he ran towards me and like grabbed

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                                    4/11/2014
                                                              126

```
 1    me.
 2         Q.   What was the reason you were feeling that way that
 3    day?  What was going on?
 4         A.   I think I was stressed out from everything that
 5    happened to me.  I was thinking about, like, going to jail
 6    for something I didn't do and all that.  Everything just
 7    started getting to me, and I was stressed out.  I wasn't
 8    even like eating like that because --
 9         Q.   You weren't -- I'm sorry.  I didn't hear what you
10    said.
11         A.   I wasn't eating like that, too, because I didn't
12    have appetite to eat food.
13         Q.   Well, do you recall what happened in court that
14    day?
15         A.   No.  I can't remember what happened in court that
16    day.
17         Q.   Was this during the time where you were drinking
18    heavily?
19         A.   No.
20         Q.   So, this was two months -- about two months after
21    this incident with the police?
22         A.   Yeah.
23         Q.   So, you're saying that's not when you were
24    drinking heavily?
25         A.   Well, I was drinking, but not heavily.
```

FABIAN EDWARDS, ET AL  vs.  CITY OF HARTFORD, ET AL
Kenville Edwards                              4/11/2014
                                                              140

1                    C E R T I F I C A T E

2

3          I, Christine E. Borrelli, a Notary Public and

4    Licensed Court Reporter for the State of Connecticut, do

5    hereby certify that the deposition of KENVILLE EDWARDS, was

6    taken before me pursuant to the Connecticut Practice Book at

7    the Law Offices of Howd & Ludorf, LLC, 65 Wethersfield

8    Avenue, Hartford, Connecticut, commencing at 9:15 a.m. on

9    Friday, April 11, 2014.

10         I further certify that the witness was first sworn

11   by me to tell the truth, the whole truth, and nothing but

12   the truth, and was examined by counsel, and his testimony

13   was stenographically reported by me and subsequently

14   transcribed as herein before appears.

15         I further certify that I am not related to the

16   parties hereto or their counsel, and that I am not in any

17   way interested in the events of said cause.

18         Witness my hand this 15th day of April, 2014.

19

20

21

22

23                              Christine E. Borrelli
                                Notary Public
24                              CT License No. 117

25   My Commission Expires:
     June 30, 2016