UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FABIAN EDWARDS, KENVILLE EDWARDS, KEITHMICHAEL MITTO and ELIZABETH EDWARDS | : : : : | NO.: 3:13-CV-00878-WIG |
| v. | : : | |
| CITY OF HARTFORD, JAMES ROVELLA, OFFICER MATTHEW CORNELL, OFFICER CHRISTOPHER MAY and OFFICER ERIC BAUMGARTEN | : : : : | OCTOBER 31, 2016 |

**JOINT DESCRIPTION OF THE CASE**

This is an action to address alleged violations of civil rights secured and protected by the Fourth and Fourteenth Amendments of the United States Constitution. The plaintiffs also plead state law claims for assault and battery, recklessness, negligence, negligent infliction of emotional distress and intentional infliction of emotional distress. The plaintiffs allege they were subjected to excessive force in violation of their constitutional rights. The defendants deny these allegations and claim that any use of force was objectively reasonable in light of the circumstances.

EXHIBIT A

| | |
|---|---|
| PLAINTIFFS,<br>FABIAN EDWARDS, KENVILLE EDWARDS, KEITHMICHAEL MITTO AND ELIZABETH EDWARDS | DEFENDANTS,<br>OFFICER MATTHEW CORNELL, OFFICER CHRISTOPHER MAY and OFFICER ERIC BAUMGARTEN |
| By /s/ Peter M. Van Dyke<br>　Peter M. Van Dyke, Esq.<br>　ct24747<br>　Eagan, Donahue, Van Dyke & Falsey, LLP<br>　24 Arapahoe Road<br>　West Hartford, CT  06107<br>　(860) 232-7200<br>　(860) 232-0214 (Fax)<br>　 E-mail:  pvd@eddf-law.com | By /s/ Alan R. Dembiczak<br>　Alan R. Dembiczak, Esq.<br>　ct25755<br>　Howd & Ludorf, LLC<br>　65 Wethersfield Avenue<br>　Hartford, CT  06114<br>　(860) 249-1361<br>　(860) 249-7665 (Fax)<br>　E-Mail:  adembiczak@hl-law.com |

DEFENDANT,
CITY OF HARTFORD

By /s/ Nathalie Feola-Guerrieri
　Nathalie Feola-Guerrieri, Esq.
　ct17217
　Office of Corporation Counsel
　City of Hartford
　550 Main Street
　Hartford, CT  06103
　(860) 543-8575
　(860) 722-8114 (Fax)
　E-mail:  feoln001@hartford.gov

2

EXHIBIT A

## **CERTIFICATION**

      This is to certify that on **October 31, 2016**, a copy of the foregoing **Joint Description of the Case** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Peter M. Van Dyke, Esquire
Eagan, Donahue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT  06107

Nathalie Feola-Guerrieri, Esquire
Office of Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT  06103

                                      /s/ Alan R. Dembiczak
                                      Alan R. Dembiczak

EXHIBIT A