

State Marshal Keith D. Niziankiewicz

East Hartford, CT 06128-0054
67 Burnside Avenue

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/15/2014 | 6704 |

| Bill To |
|---------|
| Howd & Ludorf, LLC<br>Attorney Alan Dembiczak<br>65 Wethersfield Ave<br>Hartford CT 06114 |

Tax ID 06-1445325

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 860-610-0295 | 860-528-2720 | statemarshal@gmail.com |

| Description | Amount |
|-------------|--------|
| FABIAN EDWARDS, ET AL VS. CITY OF HARTFORD, ET AL | |
| | |
| HEARING DATE: MAY 1, 2014 | |
| SERVICE DATE: APRIL 15, 2014 | |
| | |
| Service upon Bobby Cintron | 30.00 |
| Verified Pages | 5.00 |
| Endorsements | 1.60 |
| Travel | 12.00 |
| Witness Fees | 42.00 |

*OK to pay*
*ARO/mo*
*205-03041*

**RECEIVED**
APR 17 2014

Thank you for your business.

| **Total** | **$90.60** |
|-----------|-----------|

EXHIBIT B

State Marshal Keith D. Niziankiewicz

East Hartford, CT 06128-0054
67 Burnside Avenue

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/15/2014 | 6713 |

**Bill To**

Howd & Ludorf, LLC
Attorney Alan Dembiczak
65 Wethersfield Ave
Hartford CT 06114

Tax ID 06-1445325

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 860-610-0295 | 860-528-2720 | statemarshal@gmail.com |

| Description | Amount |
|-------------|--------|
| FABIAN EDWARDS, ET AL VS. CITY OF HARTFORD, ET AL | |
| | |
| HEARING DATE: MAY 1, 2014 | |
| SERVICE DATE: APRIL 16, 2014 | |
| | |
| Service upon Maria Lopez | 30.00 |
| Verified Pages | 5.00 |
| Endorsements | 1.60 |
| Travel | 12.00 |
| Witness Fees | 42.00 |

*OK to pay*
*ARD/mo*
*205-03041*

**RECEIVED**

APR 17 2014

| Thank you for your business. | **Total** | $90.60 |
|------------------------------|-----------|--------|

EXHIBIT B

State Marshal Keith D. Niziankiewicz

East Hartford, CT 06128-0054
67 Burnside Avenue

| Date | Invoice # |
| --- | --- |
| 6/26/2014 | 7116 |

**Bill To**

Howd & Ludorf, LLC
Attorney Alan Dembiczak
65 Wethersfield Ave
Hartford CT 06114

Tax ID 06-1445325

| Phone # | Fax # | E-mail |
| --- | --- | --- |
| 860-610-0295 | 860-528-2720 | statemarshal@gmail.com |

| Description | Amount |
| --- | --- |
| FABIAN EDWARDS, ET AL VS. CITY OF HARTFORD | |
| | |
| HEARING DATE: JULY 9, 2014 | |
| SERVICE DATE: JUNE 26, 2014 | |
| | |
| Service upon Julio Feliciano | 30.00 |
| Verified Pages | 5.00 |
| Endorsements | 1.20 |
| Travel | 20.00 |

*OK to pay*
*ARO1mo*

*205-03041*

**RECEIVED**

JUL 02 2014

| Thank you for your business. | **Total** | $56.20 |
| --- | --- | --- |

EXHIBIT B

# HOWD & LUDORF, LLC

## ATTORNEYS AT LAW
*Serving Southern New England since 1979*

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*†
CHRISTOPHER M. VOSSLER◊*
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY*
COLETTE S. GRIFFIN
PAUL ERICKSON*^
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
MARTHA A. SHAW*
KRISTAN M. MACCINI
KATHERINE E. RULE*
JONI KATZ MACKLER•
ALAN R. DEMBICZAK
BRYAN J. HAAS
DANIEL G. LYDECKER◊
EMILY E. COSENTINO
HARROLD ST. JUSTE◊
LYNN McCORMICK

**65 WETHERSFIELD AVENUE**
**HARTFORD, CT 06114-1121**
**(860) 249-1361**
**(860) 249-7665 (Fax)**
www.hl-law.com

40 WASHINGTON STREET
SUITE 20
WELLESLEY, MA 02481
(781) 235-5594
(781) 235-5596 (Fax)

Reply to Hartford Office

BONITA C. YARBORO
*JONATHAN M. BECHTEL
CHRISTOPHER J. HOLLAND
KRISTIN A. BONNEAU
◊ONDI A. DYBOWSKI
*†~DAVID A. BROSNIHAN
¤KIERAN W. LEARY
RACHEL M. BRADFORD
≈JESSICA L. PATCH
CHRISTOPHER A. CLARK
*PETER J. CARPENTIER

*ALSO ADMITTED IN MA
†ALSO ADMITTED IN RI
◊ALSO ADMITTED IN NY
^ALSO ADMITTED IN IL
•ADMITTED IN MA ONLY
~ALSO ADMITTED IN NH
¤ALSO ADMITTED IN FL
≈ADMITTED IN MA AND RI ONLY

July 25, 2014

**VIA FEDERAL EXPRESS**

Mr. Jonathan Levy
Agency for Civil Enforcement Corporation
1615 South Congress Avenue, Suite 103
Delray Beach, FL 33445

Re:  <u>Fabian Edwards, et al v. City of Hartford, et al</u>
H&L File No.:  205-03041

Dear Jonathan:

Pursuant to our telephone conversation of July 23, 2014, enclosed please find an original and one (1) copy of a District Court Subpoena and Notice of Deposition, dated July 23, 2014, accompanied by a check in the amount of $41.80, which represents the applicable witness fees, to be served upon the following:

**Ms. Keisha Edwards**
**8402 NW 36th Street**
**Coral Springs, Florida 33065**

Also enclosed is a check in the amount of $75.00, which represents prepayment regarding the service of the enclosed Subpoena. Upon completion, please submit your return of service and invoice for services rendered. Thank you.

If you have any questions, please feel free to contact me.

Very truly yours,

Michelle Oliveira, Paralegal

/mo
Encl.

EXHIBIT B

**HOWD & LUDORF**                                                        26946

VENDOR: 3546    Keisha Edwards

CHECK NO: 26946

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 67782 | 205-3041 | 07/25/2014 | $41.80 | $41.80 | $0.00 |

Ref:    Edwards v Hartford

Check Date    07/25/2014

Check Total    $41.80

---

26946

**HOWD & LUDORF**
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

 **FIRST NIAGARA**
50-7044-2223

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
|  | 07/25/2014 | 3546 |

CHECK AMOUNT

$41.80

PAY   Forty-one and eighty/100

TO THE
ORDER
OF

Keisha Edwards

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

*Philip T. Newbury*
AUTHORIZED SIGNATURE

⑆026946⑈ ⑆222370440⑆009502044523⑈

EXHIBIT B

**HOWD & LUDORF**

26920

| VENDOR: | 3544 | Agency for Civil Enforcement Corporation | | CHECK NO. | 26920 |

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 67755 | 205-3041 | 07/23/2014 | $75.00 | $75.00 | $0.00 |

Ref:     Edwards v Hartford

Check Date     07/23/2014
Check Total     $75.00

26920

**HOWD & LUDORF**
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

**FIRST NIAGARA**
50-7044-2223

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 07/23/2014 | 3544 |

CHECK AMOUNT
$75.00

PAY   Seventy-five and NO/100

TO THE
ORDER
OF

Agency for Civil Enforcement Corporation

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

_Philip T. Newbury_
AUTHORIZED SIGNATURE

Security features. Details on back.

⑈026920⑈ ⑆222370440⑆0095020445 23⑈

EXHIBIT B

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/23/2014 | 7297 |

**Bill To**

Howd & Ludorf, LLC
Attorney Katherine Rule
65 Wethersfield Ave
Hartford CT 06114

Tax ID 06-1445325

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 860-610-0295 | 860-528-2720 | statemarshal@gmail.com |

| Description | Amount |
|-------------|--------|
| FABIAN EDWARDS, ET AL VS. CITY OF HARTFORD, ET AL | |
| | |
| HEARING DATE: JULY 30, 2014 | |
| SERVICE DATE: JULY 23, 2014 | |
| | |
| Service upon Gerrado Paulino | 30.00 |
| Verified Pages | 5.00 |
| Endorsements | 1.20 |
| Travel | 12.32 |
| Witness Fees | 42.00 |

*OK to pay*
*ABOIMO*
*205 03041*

**RECEIVED**

JUL 2 5 2014

| Thank you for your business. | **Total** | $90.52 |
|------|------|------|

EXHIBIT B

# HOWD & LUDORF, LLC

## ATTORNEYS AT LAW
*Serving Southern New England since 1979*

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*†
CHRISTOPHER M. VOSSLER◊*
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY*
COLETTE S. GRIFFIN
PAUL ERICKSON*^
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
MARTHA A. SHAW*
KRISTAN M. MACCINI
KATHERINE E. RULE*
JONI KATZ MACKLER•
ALAN R. DEMBICZAK
BRYAN J. HAAS
DANIEL G. LYDECKER◊
EMILY E. COSENTINO
LYNN McCORMICK
BONITA C. YARBORO

65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1121
(860) 249-1361
(860) 249-7665 (Fax)
www.hl-law.com

40 WASHINGTON STREET
Suite 20
WELLESLEY, MA 02481
(781) 235-5594
(781) 235-5596 (Fax)

Reply to Hartford Office

*JONATHAN M. BECHTEL
CHRISTOPHER J. HOLLAND
KRISTIN A. BONNEAU
◊ONDI A. SMITH
*†~DAVID A. BROSNIHAN
⊏KIERAN W. LEARY
RACHEL M. BRADFORD
≈JESSICA L. PATCH
CHRISTOPHER A. CLARK
*PETER J. CARPENTIER
*CHANNEZ M. ROGERS
*MICHAEL A. HESPELER

*ALSO ADMITTED IN MA
†ALSO ADMITTED IN RI
◊ALSO ADMITTED IN NY
^ALSO ADMITTED IN IL
•ADMITTED IN MA ONLY
~ALSO ADMITTED IN NH
⊏ALSO ADMITTED IN FL
≈ADMITTED IN MA AND RI ONLY

October 31, 2014

**VIA FEDERAL EXPRESS**
Mr. Jonathan Levy
Agency for Civil Enforcement Corporation
1615 South Congress Avenue, Suite 103
Delray Beach, FL 33445

Re:    <u>Fabian Edwards, et al v. City of Hartford, et al</u>
       H&L File No.:  205-03041

Dear Jonathan:

      Enclosed please find an original and one (1) copy of a District Court Subpoena and Notice of Deposition, dated October 31, 2014, accompanied by a check in the amount of $40.00, which represents the applicable witness fee, to be served upon the following:

    **Ms. Catherina Gosling-Powell**
    **3449 NW 44th Street**
    **Lauderdale Lakes, Florida 33309**

      Also enclosed is a check in the amount of $75.00, which represents prepayment regarding the service of the enclosed Subpoena. Upon completion, please submit your return of service and invoice for services rendered. Thank you.

      If you have any questions, please feel free to contact me.

                  Very truly yours,

                  Michelle Oliveira, Paralegal

/mo

Encl.

EXHIBIT B

**HOWD & LUDORF**                                                27711

| VENDOR: | 3595 | Catherina Gosling-Powell | | CHECK NO: 27711 | |
|---|---|---|---|---|---|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 68811 | 205-3041 | 10/31/2014 | $40.00 | $40.00 | $0.00 |

Ref:    Edwards v Hartford

Check Date    10/31/2014
Check Total    $40.00

---



27711

**HOWD & LUDORF**
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT, 06114-1190

**FIRST NIAGARA**
50-7044-2223

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/31/2014 | 3595 |

CHECK AMOUNT

$40.00

PAY   Forty and NO/100*

TO THE
ORDER
OF      Catherina Gosling-Powell

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

AUTHORIZED SIGNATURE

⑆027711⑆ ⑆222370440⑆ 009502044523⑆

EXHIBIT B

# HOWD & LUDORF

**27712**

| VENDOR: | 3544 | Agency for Civil Enforcement Corporation | | | CHECK NO: 27712 |
|---|---|---|---|---|---|

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 68812 | 205-3041 | 10/31/2014 | $75.00 | $75.00 | $0.00 |

Ref: Edwards v Hartford

Check Date 10/31/2014
Check Total $75.00

**27712**

HOWD & LUDORF
ATTORNEYS AT LAW
65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

**FIRST NIAGARA**
50-7044-2223

| CHECK NO: | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 10/31/2014 | 3544 |

CHECK AMOUNT
$75.00

PAY Seventy five and NO/100

Agency for Civil Enforcement Corporation

TO THE
ORDER
OF

CLIENT DISBURSEMENT ACCOUNT
VOID IF NOT CASHED WITHIN 60 DAYS

AUTHORIZED SIGNATURE

⑆0 2 7 7 1 2⑆ ⑈2 2 2 3 7 0 4 4 0⑈ 0 0 9 5 0 2 0 4 4 5 2 3⑈

**EXHIBIT B**

| | |
|---|---|
| **From:** | Brenda LaFleur <scheduling@bctreporting.com> |
| **Sent:** | Friday, January 06, 2017 9:14 AM |
| **To:** | Michelle A. Oliveira |
| **Subject:** | RE: Request for Transcripts - Edwards v. City of Hartford, et al - 13-cv-878 (WIG) |

Hello Michelle,

The transcript is approximately 1100 pages. 10 business day delivery would be approximately $4966.00. Please let me know if you would like to order these transcripts. I will send you over a proper invoice.

**From:** Michelle A. Oliveira [mailto:MOliveira@HL-Law.com]
**Sent:** Thursday, January 5, 2017 12:31 PM
**To:** Brenda LaFleur <scheduling@bctreporting.com>
**Cc:** Alan Dembiczak <adembiczak@HL-Law.com>
**Subject:** Request for Transcripts - Edwards v. City of Hartford, et al - 13-cv-878 (WIG)
**Importance:** High

Hi Robert:

This e-mail will serve as our formal request for <u>all</u> of the trial transcripts in the above-captioned case. The jury trial took place before Judge William I. Garfinkel in early December, 2016, in U.S. District Court. Please inform me of the invoice amount at your earliest convenience so that I can have our billing department cut a check for same, and promptly submit payment to you.

Thank you and I await your reply.

Michelle A. Oliveira
Paralegal to Kristan M. Maccini and
Alan R. Dembiczak
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114
Tel: (860) 249-1361
Fax: (860) 249-7665
E-mail: moliveira@hl-law.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

EXHIBIT B

# *International Interpreters Inc.*

26 Ponus Ridge
New Canaan, CT 06840
Tel: 203 966-3212
Fax: 866 966-3220

# Invoice

| Date | Invoice No. |
|------|-------------|
| 05/01/14 | 10125 |

Tax ID: 13-4198604

**Bill To:**

Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
860 249-7665
ATTN: Alan Deembiczak Esq.

**Mail Payment To:**

International Interpreters Inc.
26 Ponus Ridge
New Canaan, CT 06840

| File Number | Terms | Attorney | Phone | D.O.S |
|-------------|-------|----------|-------|-------|
| None Given | Net 30 | Alan Deembiczak Esq. | 860 249-1361 | 5/1/14 |

| Language | Caption | Hours | Price Each | Amount |
|----------|---------|-------|------------|--------|
| Spanish | Edwards vs City of Hartford<br><br>RATE:<br>Interpreter: $85/2 hrs. - $170.00<br>Travel: 1 hr. - $85.00<br>TOTAL DUE: $255.00 | 4 | 85.00 | 340.00 |

## PLEASE SEND
## INVOICE
## WITH PAYMENT

| Minimum Charge on Past Due is 1% Per Month | | Total | $340.00 |
|---|---|---|---|
| | | Balance Due | $340.00 |

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT 06108-1533
Phone:860-291-9191  Fax:860-528-1972



OK TO PAY?

Alan R. Dembiczak, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48547 | 5/12/2014 | 87887 |
| **Job Date** | **Case No.** | |
| 5/1/2014 | 3:13 CV 00878 WWE | |
| **Case Name** | | |
| Edwards vs. City of Hartford | | |
| **Payment Terms** | | |
| Net 60 | | |

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Maria Lopez | 50.00 Pages | @ | 4.25 | 212.50 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Bobby Cintron | 43.00 Pages | @ | 4.25 | 182.75 |
| Appearance Fee | | | 95.00 | 95.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| SALES TAX | | | | 31.51 |
| | | **TOTAL DUE >>>** | | **$527.76** |
| | | AFTER 6/26/2014 PAY | | **$535.20** |

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged. Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter: Borrelli

**Tax ID:** 06-1113444                                    Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Alan R. Dembiczak, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

Job No.   : 87887          BU ID    :1-MAIN
Case No.  : 3:13 CV 00878 WWE
Case Name : Edwards vs. City of Hartford

Invoice No. : 48547        Invoice Date :5/12/2014
**Total Due  : $ 527.76**
AFTER 6/26/2014 PAY $535.20

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Niziankiewicz & Miller Reporting Services, LLC**
**972 Tolland Street**
**East Hartford, CT 06108-1533**

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT  06108-1533
Phone:860-291-9191   Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47994 | 4/16/2014 | 87064 |

| Job Date | Case No. | |
|---|---|---|
| 4/11/2014 | 3:13 CV 00878 WWE | |

| Case Name | | |
|---|---|---|
| Edwards vs. City of Hartford | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Elizabeth Edwards | 69.00 Pages | @ | 4.25 | 293.25 |
| Appearance Fee | | | 95.00 | 95.00 |
| Shipping & Handling | | | 6.00 | 6.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Keith Mitto | 67.00 Pages | @ | 4.25 | 284.75 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kenville Edwards | 141.00 Pages | @ | 4.25 | 599.25 |
| SALES TAX | | | | 81.17 |

| | |
|---|---|
| TOTAL DUE  >>> | **$1,359.42** |
| AFTER 5/31/2014 PAY | $1,378.59 |

***This invoice is the responsibility of the Law Firm listed not of its client.  After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged.  Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter:  Borrelli

**Tax ID:** 06-1113444                                       Phone: 860-249-1361    Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190
#905-03041
Edwards v. Cornell
RECEIVED

APR 22 2014

Initial: _____

Remit To:  **Niziankiewicz & Miller Reporting Services,
LLC
972 Tolland Street
East Hartford, CT  06108-1533**

Job No.      :  87064              BU ID          : 1-MAIN
Case No.    :  3:13 CV 00878 WWE
Case Name :  Edwards vs. City of Hartford

Invoice No.  :  47994              Invoice Date : 4/16/2014
Total Due    :  $ 1,359.42
AFTER 5/31/2014 PAY  $1,378.59

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: _____  Phone#:
Billing Address:
Zip: _____  Card Security Code:
Amount to Charge:
Cardholder's Signature:

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT  06108-1533
Phone:860-291-9191  Fax:860-528-1972


OK TO PAY?

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48571 | 5/12/2014 | 87607 |
| **Job Date** | **Case No.** | |
| 4/10/2014 | 3:13 CV 00878 WWE | |
| | **Case Name** | |
| Edwards vs. City of Hartford | | |
| | **Payment Terms** | |
| Net 60 | | |

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Fabian Edwards | 162.00 Pages | @ | 4.25 | 688.50 |
| Appearance Fee | | | 95.00 | 95.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| SALES TAX | | | | 50.13 |

**TOTAL DUE >>>**    **$839.63**
AFTER 6/26/2014 PAY    **$851.47**

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged. Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter:  Miller

**Tax ID:** 06-1113444

Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

---

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

Job No.   : 87607     BU ID    :1-MAIN
Case No.   : 3:13 CV 00878 WWE
Case Name : Edwards vs. City of Hartford

Invoice No. : 48571     Invoice Date :5/12/2014
**Total Due** : **$ 839.63**
AFTER 6/26/2014 PAY $851.47

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

**Remit To: Niziankiewicz & Miller Reporting Services,
LLC
972 Tolland Street
East Hartford, CT  06108-1533**

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT 06108-1533
Phone:860-291-9191  Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49714 | 7/8/2014 | 89680 |
| **Job Date** | **Case No.** | |
| 6/25/2014 | 3:13 CV 00878 WWE | |
| **Case Name** | | |
| Edwards vs. City of Hartford | | |
| **Payment Terms** | | |
| Net 60 | | |

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Candace Jurawan | 63.00 Pages | @ | 4.25 | 267.75 |
| Appearance Fee | | | 95.00 | 95.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| SALES TAX | | | | 23.42 |
| | TOTAL DUE >>> | | | **$392.17** |
| | AFTER 8/22/2014 PAY | | | $397.70 |

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged. Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter:  Borrelli

*OK TO (Pay?)*

*OK*
*—ARD*

**Tax ID:** 06-1113444                                    Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

| | |
|---|---|
| Job No.    : 89680 | BU ID    :1-MAIN |
| Case No.   : 3:13 CV 00878 WWE | |
| Case Name : Edwards vs. City of Hartford | |

Invoice No.  : 49714          Invoice Date : 7/8/2014
**Total Due  : $ 392.17**
AFTER 8/22/2014 PAY $397.70

**RECEIVED**

JUL 1 1 2014

Remit To: **Niziankiewicz & Miller Reporting Services,**
**LLC**
**972 Tolland Street**
**East Hartford, CT 06108-1533**

| PAYMENT WITH CREDIT CARD | MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT  06108-1533
Phone:860-291-9191   Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49716 | 7/8/2014 | 89611 |

| Job Date | Case No. | |
|---|---|---|
| 6/27/2014 | 3:13 CV 00878 WWE | |

| Case Name |
|---|
| Edwards vs. City of Hartford |

| Payment Terms |
|---|
| Net 60 |

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Officer Eric Baumgarten | 66.00  Pages | @ | 2.50 | 165.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| SALES TAX | | | | 10.86 |

**TOTAL DUE  >>>**                **$181.86**
AFTER 8/22/2014 PAY            $184.43

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged.  Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter:  Borrelli

*OK TO POY?*

*OK*
*-ARD*

Tax ID: 06-1113444                                Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

**RECEIVED**

**JUL 1 1 2014**

| Job No. | : 89611 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : 3:13 CV 00878 WWE | | |
| Case Name | : Edwards vs. City of Hartford | | |

Invoice No. : 49716                Invoice Date : 7/8/2014
**Total Due  : $  181.86**
AFTER 8/22/2014 PAY  $184.43

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Niziankiewicz & Miller Reporting Services,
            LLC
            972 Tolland Street
            East Hartford, CT  06108-1533**

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT  06108-1533
Phone:860-291-9191   Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49713 | 7/8/2014 | 89608 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2014 | 3:13 CV 00878 WWE | |

| Case Name | | |
|---|---|---|
| Edwards vs. City of Hartford | | |

| Payment Terms | | |
|---|---|---|
| Net 60 | | |

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Detective Christopher May | 104.00 Pages | @ | 2.50 | 260.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Officer Matthew Cornell | 98.00 Pages | @ | 2.50 | 245.00 |
| SALES TAX | | | | 32.45 |

**TOTAL DUE >>>**   **$543.45**
AFTER 8/22/2014 PAY   $551.12

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged. Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter:  Borrelli

*OK TO pay?*
*OK -ARD*

Tax ID: 06-1113444

Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Alan R. Dembiczak. Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

**RECEIVED**

JUL 11 2014

Job No.    : 89608   BU ID   : 1-MAIN
Case No.   : 3:13 CV 00878 WWE
Case Name  : Edwards vs. City of Hartford

Invoice No. : 49713   Invoice Date : 7/8/2014
**Total Due  : $ 543.45**
AFTER 8/22/2014 PAY  $551.12

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **Niziankiewicz & Miller Reporting Services, LLC**
**972 Tolland Street**
**East Hartford, CT  06108-1533**

EXHIBIT B

# INVOICE

Nizjankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT  06108-1533
Phone:860-291-9191  Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49867 | 7/21/2014 | 90203 |

| Job Date | Case No. | |
|---|---|---|
| 7/9/2014 | 3:13 CV 00878 WWE | |

| **Case Name** | | |
|---|---|---|
| Edwards vs. City of Hartford | | |

| **Payment Terms** | | |
|---|---|---|
| Net 60 | | |

Alan R. Dembiczak, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Julio Feliciano | 57.00 Pages | @ | 4.25 | 242.25 |
| Appearance Fee | | | 95.00 | 95.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| SALES TAX | | | | 21.80 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$365.05** |
| AFTER 9/4/2014 PAY | $370.20 |

***This invoice is the responsibility of the Law Firm listed not of its client.  After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged.  Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter: Hubbard

*205-03041*
*ARO - OK to pay?*
*ARD*

Tax ID: 06-1113444                          Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Alan R. Dembiczak, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

| | | | |
|---|---|---|---|
| Job No. | : 90203 | BU ID | :1-MAIN |
| Case No. | : 3:13 CV 00878 WWE | | |
| Case Name | : Edwards vs. City of Hartford | | |

Invoice No. : 49867          Invoice Date :7/21/2014
**Total Due : $ 365.05**
AFTER 9/4/2014 PAY $370.20

# RECEIVED

JUL 2 3 2014

Remit To: **Nizjankiewicz & Miller Reporting Services, LLC**
**972 Tolland Street**
**East Hartford, CT  06108-1533**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT 06108-1533
Phone:860-291-9191  Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50255 | 8/6/2014 | 90617 |

| Job Date | Case No. |
|---|---|
| 7/30/2014 | 3:13 CV 00878 WWE |

| Case Name |
|---|
| Edwards vs. City of Hartford |

Katherine E. Rule, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

| Payment Terms |
|---|
| Net 60 |

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Gerrado Paulino | 41.00  Pages | @ | 4.25 | 174.25 |
| Appearance Fee | | | 95.00 | 95.00 |
| Shipping & Handling | | | 6.00 | 6.00 |
| SALES TAX | | | | 17.48 |

|  | TOTAL DUE >>> | $292.73 |
|---|---|---|
|  | AFTER 9/20/2014 PAY | $296.86 |

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged.  Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!!   WE APPRECIATE YOUR BUSINESS!!!

Court Reporter:  Borrelli

*OK TO pay?*

*OK*
*—ARD*

Tax ID: 06-1113444                                        Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Katherine E. Rule, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190

| Job No. | : 90617 | BU ID | :1-MAIN |
|---|---|---|---|
| Case No. | : 3:13 CV 00878 WWE | | |
| Case Name | : Edwards vs. City of Hartford | | |

**RECEIVED**

AUG 08 2014

Invoice No.  : 50255          Invoice Date : 8/6/2014
**Total Due  : $ 292.73**
AFTER 9/20/2014  PAY  $296.86

| PAYMENT WITH CREDIT CARD | MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Niziankiewicz & Miller Reporting Services,
LLC
972 Tolland Street
East Hartford, CT  06108-1533**

EXHIBIT B

# INVOICE

Niziankiewicz & Miller Reporting Services, LLC
972 Tolland Street
East Hartford, CT 06108-1533
Phone:860-291-9191 Fax:860-528-1972

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51389 | 9/29/2014 | 91459 |
| **Job Date** | **Case No.** | |
| 9/17/2014 | 3:13 CV 00878 WWE | |
| **Case Name** | | |
| Edwards vs. City of Hartford | | |
| **Payment Terms** | | |
| Net 60 | | |

Katherine E. Rule, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Keisha Mitto | | 233.75 |
| Appearance Fee | 95.00 | 95.00 |
| Shipping & Handling | 6.00 | 6.00 |
| SALES TAX | | 21.26 |

**TOTAL DUE >>>**     **$356.01**
AFTER 11/13/2014 PAY     $361.03

***This invoice is the responsibility of the Law Firm listed not of its client. After 30 days a Finance Charge with a periodic rate of 1.5% on the overdue balance will be charged. Annual Percentage Rate = 18.00%
Credit Card payments can be emailed to nizicollections@gmail.com

THANK YOU!!! WE APPRECIATE YOUR BUSINESS!!!

Court Reporter: Borrelli

*[handwritten:] OK TO pay)*
*OK*
*ARD/mo*
*205-03041*

Tax ID: 06-1113444        Phone: 860-249-1361   Fax:860-249-7665

*Please detach bottom portion and return with payment.*

Katherine E. Rule, Esquire
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190

**RECEIVED**

OCT 0 1 2014

| | | |
|---|---|---|
| Job No. : 91459 | BU ID : 1-MAIN | |
| Case No. : 3:13 CV 00878 WWE | | |
| Case Name : Edwards vs. City of Hartford | | |
| Invoice No. : 51389 | Invoice Date : 9/29/2014 | |

**Total Due : $ 356.01**
AFTER 11/13/2014 PAY $361.03

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Niziankiewicz & Miller Reporting Services, LLC**
**972 Tolland Street**
**East Hartford, CT 06108-1533**

EXHIBIT B

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 85861 | 12/22/2014 | 69191 |
| **Job Date** | **Case No.** | |
| 12/10/2014 | 3:13-CV-00878-WWE | |
| **Case Name** | | |
| Fabian Edwards, et al v. City of Hartford, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

## Brandon Huseby
### Reporting & Video

(800) 852-4589    www.brandonhuseby.com

Katherine E. Rule, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114

ORIGINAL TRANSCRIPT OF:
Catherina Gosling-Powell



| | | | | |
|---|---|---|---|---|
| | 69.00 Pages | @ | 4.20 | 289.80 |
| Appearance | | | 100.00 | 100.00 |
| Shipping | | | 13.00 | 13.00 |
| SALES TAX | | | | 25.58 |
| **TOTAL DUE  >>>** | | | | **$428.38** |

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752        Phone: (860) 249-1361    Fax:(860) 249-7665

*Please detach bottom portion and return with payment.*

Katherine E. Rule, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114

| | | |
|---|---|---|
| Job No.   : 69191 | BU ID | :Brandon |
| Case No.   : 3:13-CV-00878-WWE | | |
| Case Name   : Fabian Edwards, et al v. City of Hartford, et al | | |
| Invoice No.   : 85861 | Invoice Date | :12/22/2014 |
| **Total Due   : $ 428.38** | | |

## RECEIVED

JAN 06 2015

Remit To: Huseby, Inc.
    P.O. Box 602928
    Charlotte, NC  28260-2928

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

EXHIBIT B

# STATEMENT



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Account No. | Date |
|---|---|
| C37223 | 2/4/2015 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $425.40 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $0.00 | $0.00 | $425.40 |

Katherine E. Rule, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 12/19/2014 | 86518 | 425.40 | 12/10/2014 | Catherina Gosling-Powell | Fabian Edwards, et al v. City of Hartford, et al |

## REMINDER

Tax ID: 31-1763752

Phone: (860) 249-1361    Fax:(860) 249-7665

*Please detach bottom portion and return with payment.*

Katherine E. Rule, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114



| | |
|---|---|
| Account No. | : C37223 |
| Date | : 2/4/2015 |
| **Total Due** | : **$ 425.40** |

## RECEIVED

FEB 1 0 2015

Remit To: Huseby, Inc.
          P.O. Box 602928
          Charlotte, NC 28260-2928

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

EXHIBIT B

# One Stop Litigation Services

**19 Thomas Street**
**East Hartford, CT 06108**
**Phone # (860) 722-9992  Fax # (860) 722-9507**
Tax ID:61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2015 | 15-01705 |

| Bill To: |
|----------|

Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| M. Oliviera | HS | Net 30 | 205-03041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Blowback Prints With Assembly | 354 | 0.10 | 35.40T |
| 8 1/2 x 11 Divider Tabs | 15 | 0.25 | 3.75T |
| 8 1/2 x 11 Color Copies | 6 | 1.00 | 6.00T |
| Rip Fee | 1 | 10.00 | 10.00T |

Goodbye Winter Hello Spring!

Don't forget our Happy Hour on April 30th
Hope to see you there!!

Thank You For Your Business

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $3.50 |
| Total | $58.65 |
| Payments/Credits | $0.00 |
| Balance Due | $58.65 |

EXHIBIT B

# One Stop Litigation Services
East Hartford, CT 06108

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/15/2016 | 16-00837 |

Phone # (860) 722-9992  Fax # (860) 722-9507
Tax ID:61-1418869

Bill To:

Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| M Oliveira | HS | Net 30 | 205-03041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| TIFF Printing Assembled | 263 | 0.10 | 26.30 |
| Custom Tabs | 6 | 0.75 | 4.50 |
| Reference: Edwards V Hartford 9205-03041 | | | |

Happy New Year
Thank you for your business!

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|--|--|
| Sales Tax (6.35%) | $0.00 |
| Total | $30.80 |
| Payments/Credits | $0.00 |
| Balance Due | $30.80 |

EXHIBIT B

# One Stop Litigation Services

**19 Thomas Street, East Hartford, CT 06108**

Phone (860) 722-9992   Fax (860) 722-9507

### Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/2/2016 | 16-02727 |

Bill To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| Michelle O. | HS | Net 30 | 205-3041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 8 1/2 x 11 Copies "D" Work | 1,343 | 0.14 | 188.02 |
| 8 1/2 x 11 Color Copies | 4 | 1.00 | 4.00 |
| 3 Hole Drilling | 1,347 | 0.01 | 13.47 |

Always FREE pick up and delivery in the Hartford area

FREE cookies with every order

We appreciate your business

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $0.00 |
| Total | $205.49 |
| Payments/Credits | $0.00 |
| Balance Due | $205.49 |

EXHIBIT B

# One Stop Litigation Services

**19 Thomas Street, East Hartford, CT 06108**

Phone (860) 722-9992  Fax (860) 722-9507

## Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/15/2016 | 16-02888 |

Bill To:
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| Michelle O | HS | Net 30 | 205-3041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 8 1/2 x 11 Copies "D" Work | 506 | 0.14 | 70.84 |
| 8 1/2 x 11 Color Copies | 25 | 1.00 | 25.00 |
| 3 Hole Drilling | 606 | 0.01 | 6.06 |
| 8 1/2 x 11 Divider Tabs | 75 | 0.30 | 22.50 |
| 2 " Binder | 2 | 9.99 | 19.98 |

*** Always FREE pick up and delivery in the Hartford area ***

*** FREE cookies with every order ***

We appreciate your business!

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $0.00 |
| Total | $144.38 |
| Payments/Credits | $0.00 |
| Balance Due | $144.38 |

EXHIBIT B

# *One Stop Litigation Services*

**19 Thomas Street, East Hartford, CT 06108**

Phone (860) 722-9992  Fax (860) 722-9507

### Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2016 | 16-03484 |

Bill To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| Michelle O. | HS | Net 30 | 205-03041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 8 1/2 x 11 Color Copies | 93 | 1.00 | 93.00 |
| Blowback Prints With Assembly | 5 | 0.10 | 0.50 |
| Custom Tabs | 5 | 0.75 | 3.75 |
| Tech Time Per Hour | 0.16 | 100.00 | 16.00 |

***Always FREE pick up and delivery in the Hartford area***

***FREE cookies with every order***

*We appreciate your business!*

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $0.00 |
| Total | $113.25 |
| Payments/Credits | $0.00 |
| Balance Due | $113.25 |

EXHIBIT B

# *One Stop Litigation Services*

**19 Thomas Street, East Hartford, CT 06108**

**Phone (860) 722-9992  Fax (860) 722-9507**

### Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/9/2016 | 16-03497 |

Bill To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| Michelle O | HS | Net 30 | 205-3041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 8 1/2 x 11 Copies "D" Work | 328 | 0.14 | 45.92T |
| Custom Tabs | 24 | 0.75 | 18.00T |
| 8 1/2 x 11 Color Copies | 59 | 1.00 | 59.00T |
| 3 Hole Drilling | 411 | 0.01 | 4.11T |
| 2 " Binder | 1 | 9.99 | 9.99T |

Always FREE pick-up and delivery in the Hartford area.

FREE cookies with every order.

We appreciate your business!

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $8.70 |
| Total | $145.72 |
| Payments/Credits | $0.00 |
| Balance Due | $145.72 |

EXHIBIT B

# One Stop Litigation Services

**19 Thomas Street, East Hartford, CT 06108**

Phone (860) 722-9992  Fax (860) 722-9507

## Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2016 | 16-03716 |

Bill To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # | | |
|------------|-----|-------|------------------|---|---|
| Michelle O | HS | Net 30 | 205-3041 | | |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 8 1/2 x 11 Copies "D" Work | 405 | 0.14 | 56.70T |
| 8 1/2 x 11 Divider Tabs | 39 | 0.30 | 11.70T |
| 8 1/2 x 11 Color Copies | 14 | 1.00 | 14.00T |
| 3 Hole Drilling | 449 | 0.01 | 4.49T |
| 2 " Binder | 2 | 9.99 | 19.98T |
| | | | |
| Reference: Edwards v Hartford 205-3041 | | | |

***Always FREE pick up and delivery in the Hartford area***

***FREE cookies with every order***

We appreciate your business!

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $6.79 |
| Total | $113.66 |
| Payments/Credits | $0.00 |
| Balance Due | $113.66 |

EXHIBIT B

# *One Stop Litigation Services*

**19 Thomas Street, East Hartford, CT 06108**

Phone (860) 722-9992   Fax (860) 722-9507

## Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2016 | 16-03718 |

Bill To:
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| M Oliveira | HS | Net 30 | 205-03041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| TIFF Printing Assembled | 53 | 0.10 | 5.30T |
| 8 1/2 x 11 Color Copies | 90 | 1.00 | 90.00T |
| | | | |
| Reference: Edwards v Hartford 205-03041 | | | |

***Always FREE pick up and delivery in the Hartford area***

***FREE cookies with every order!***

We appreciate your business!

A finance charge of 1.5% will be added to all Invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $6.05 |
| Total | $101.35 |
| Payments/Credits | $0.00 |
| Balance Due | $101.35 |

EXHIBIT B

# One Stop Litigation Services

**19 Thomas Street, East Hartford, CT 06108**

Phone (860) 722-9992  Fax (860) 722-9507

## Tax ID: 61-1418869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2016 | 16-03746 |

Bill To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| Ordered By | Rep | Terms | Reference / PO # |
|------------|-----|-------|------------------|
| Michelle O. | HS | Net 30 | 205-3041 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| 8 1/2 x 11 Copies "D" Work | 1,398 | 0.14 | 195.72 |
| 8 1/2 x 11 Color Copies | 240 | 1.00 | 240.00 |
| 8 1/2 x 11 Divider Tabs | 234 | 0.30 | 70.20 |
| 3 Hole Drilling | 1,866 | 0.01 | 18.66 |
| 2 " Binder | 6 | 9.99 | 59.94 |
| CD Duplication | 6 | 15.00 | 90.00 |
| Sheet Protectors | 6 | 0.75 | 4.50 |

*** Always FREE pick up and delivery in the Hartford area ***

*** FREE cookies with every order ***

We appreciate your business!

A finance charge of 1.5% will be added to all invoices over 30 days.

| | |
|---|---|
| Sales Tax (6.35%) | $0.00 |
| Total | $679.02 |
| Payments/Credits | $0.00 |
| Balance Due | $679.02 |

EXHIBIT B