| FABIAN EDWARDS, KENVILLE EDWARDS, KEITHMICHAEL MITTO and ELIZABETH EDWARDS | : : : : | NO.: 3:13-CV-00878-WIG |
|---|---|---|
| v. | : : | |
| CITY OF HARTFORD, JAMES ROVELLA, OFFICER MATTHEW CORNELL, OFFICER CHRISTOPHER MAY and OFFICER ERIC BAUMGARTEN | : : : : | FEBRUARY 22, 2017 |

**EXPLANATION AND DESCRIPTION OF INVOICES SUBMITTED IN EXHIBIT B, FILED IN SUPPORT OF DEFENDANT OFFICERS' VERIFIED BILL OF COSTS DATED JANUARY 16, 2017 [DOC. 119]**

| **INVOICE #** **(IN ORDER AS THEY APPEAR IN EXHIBIT B)** | **DESCRIPTION** |
|---|---|
| 1 | 4-15-2014 Invoice from State Marshal for service of Subpoena upon Bobby Cintron, a pertinent fact witness, to submit to his deposition in the matter (**$48.60**), with applicable witness fee (**$42.00**). *Cost of Marshal's Fee allowed pursuant to Local Rule 54(c)(1)* *Cost of Witness Fee allowed pursuant to Local Rule 54(c)(4)* |
| 2 | 4-15-2014 Invoice from State Marshal for service of Subpoena upon Maria Lopez, a pertinent fact witness, to submit to her deposition in the matter (**$48.60**), with applicable witness fee (**$42.00**). *Cost of Marshal's Fee allowed pursuant to Local Rule 54(c)(1)* *Cost of Witness Fee allowed pursuant to Local Rule 54(c)(4)* |
| 3 | 6-26-2014 Invoice from State Marshal for service of Subpoena upon Julio Feliciano, a pertinent fact witness, to submit to his deposition in the matter (**$56.20**). *Cost of Marshal's Fee allowed pursuant to Local Rule 54(c)(1)* |

Exhibit 1

| | | |
|---|---|---|
| | 4 | 7-25-2014 Letter and pre-payment to Process Server for service of Subpoena upon Keisha Edwards a/k/a Keisha Mitto, a pertinent fact witness, to submit to her deposition in the matter (**$75.00**), with applicable witness fee (**$41.80**).<br>*Cost of Marshal's Fee allowed pursuant to Local Rule 54(c)(1)*<br>*Cost of Witness Fee allowed pursuant to Local Rule 54(c)(4)* |
| | 5 | 7-23-2014 Invoice from State Marshal for service of Subpoena upon Gerrardo Paulino, a pertinent fact witness, to submit to his deposition in the matter (**$48.52**), with applicable witness fee (**$42.00**).<br>*Cost of Marshal's Fee allowed pursuant to Local Rule 54(c)(1)*<br>*Cost of Witness Fee allowed pursuant to Local Rule 54(c)(4)* |
| | 6 | 10-31-2014 Letter and pre-payment to Process Server for service of Subpoena upon Catherina Gosling-Powell, a pertinent fact witness, to submit to her deposition in the matter (**$75.00**), with applicable witness fee (**$40.00**).<br>*Cost of Marshal's Fee allowed pursuant to Local Rule 54(c)(1)*<br>*Cost of Witness Fee allowed pursuant to Local Rule 54(c)(4)* |
| | 7 | 1-6-2017 E-mail to Court Reporter regarding trial transcripts (**$4,966.00**), necessary for post trial pleadings and the April, 2017 Jury Trial as to the remainder of the plaintiffs' claims.[1]<br>*Cost of Court Reporter Fee allowed pursuant to Local Rule 54(c)(2)* |
| | 8 | 5-1-2014 Invoice from International Interpreters for the hiring of a Spanish interpreter for the deposition of Maria Lopez (**$340.00**), necessary in order to properly depose the deponent.<br>*Cost of Court Reporter Fee allowed pursuant to Local Rule 54(c)(2)* |
| | 9 | 5-12-2014 Invoice from Court Reporter regarding Maria Lopez's and Bobby Cintron's deposition (pertinent fact witnesses) (**$527.76**).<br>*Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
| | 10 | 4-16-2014 Invoice from Court Reporter regarding Elizabeth Edwards', Keith Mitto's and Kenville Edwards' deposition (plaintiffs) (**$1,359.42**).<br>*Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
| | 11 | 5-12-2014 Invoice from Court Reporter regarding Fabian Edwards' deposition (plaintiff) |

---

[1] Subsequent to the defendants' filing of their Verified Bill of Costs, counsel for the defendants received a supplemental invoice on February 8, 2017, in the amount of $819.00, due to the total number of transcript pages being in excess of the amount initially anticipated by the court reporter, as well as the cost for the December 14, 2016 trial transcript being unintentionally omitted in the initial invoice. Therefore, the total cost of the trial transcripts is **$5,785.00**.

Exhibit 1

|    |    |    |
|---|---|---|
|  |  | (**$839.63**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 12 | 7-8-2014 Invoice from Court Reporter regarding Candace Jurawan a/k/a Candace Edwards' deposition (pertinent fact witness) (**$392.17**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 13 | 7-8-2014 Invoice from Court Reporter regarding Eric Baumgarten's deposition (defendant) (**$181.86**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 14 | 7-8-2014 Invoice from Court Reporter regarding Christopher May's and Matthew Cornell's deposition (defendants) (**$543.45**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 15 | 7-21-2014 Invoice from Court Reporter regarding Julio Feliciano's deposition (pertinent fact witness) (**$365.05**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 16 | 8-6-2014 Invoice from Court Reporter regarding Gerrardo Paulino's deposition (pertinent fact witness) (**$292.73**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 17 | 9-29-2014 Invoice from Court Reporter regarding Keisha Mitto's deposition (pertinent fact witness) (**$356.01**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 18 | 12-22-2014 Invoice from Court Reporter regarding Catherina Gosling-Powell's deposition (pertinent fact witness) (**$428.38**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 19 | 2-4-2015 Statement from Court Reporter re: 12-19-2014 Invoice regarding video conference fee for Catherina Gosling-Powell's deposition (pertinent fact witness) (**$425.40**). |
|  |  | *Cost of Court Reporter Fee allowed pursuant to Local Rule 45(c)(2)* |
|  | 20 | 5-28-2015 Invoice from One Stop Litigation Services (**$58.65**) – copying costs, CD rip fee and divider tabs for chambers copy of defendant officers' motion for summary judgment and exhibits, filed on 5-28-2015 [Doc. 37]. |
|  |  | *Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |
|  | 21 | 3-15-2016 Invoice from One Stop Litigation Services (**$30.80**) – copying costs and divider tabs for preparation of binder for use at the settlement conference, which took place on 3- |

|    |    |    |
|----|----|----|
|    |    | 23-2016.  See Doc. 65.<br>*Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 22 | 9-2-2016 Invoice from One Stop Litigation Services (**$205.49**) – copying costs and three-hole drilling for preparation of binders of proposed trial exhibits and joint trial memorandum attachments.<br>*Cost of Copying Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 23 | 9-15-2016 Invoice from One Stop Litigation Services (**$144.38**) – copying costs, three-hole drilling, and divider tabs for subsequent preparation of binders of proposed trial exhibits and joint trial memorandum attachments.<br>*Cost of Copying Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 24 | 11-8-2016 Invoice from One Stop Litigation Services (**$113.25**) – copying costs and divider tabs for binders containing chambers copies of the defendant officers' trial exhibits from the joint trial memorandum, motion in limine, compact disc containing telephone conversation of Candace Edwards and deposition designations of Julio Feliciano and Catherina Gosling-Powell, in anticipation of trial.<br>*Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 25 | 11-9-2016 Invoice from One Stop Litigation Services (**$145.72**) – copying costs, three-hole drilling and divider tabs for further finalization of the defendant officers' trial exhibits.<br>*Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 26 | 11-30-2016 Invoice from One Stop Litigation Services (**$113.66**) – copying costs, three-hole drilling and divider tabs for further finalization of the defendant officers' trial exhibits.<br>*Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 27 | 11-30-2016 Second Invoice from One Stop Litigation Services (**$101.35**) – copying costs for further finalization of the defendant officers' trial exhibits.<br>*Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |
|    | 28 | 12-1-2016 Invoice from One Stop Litigation Services (**$679.02**) – copying costs, three-hole drilling, divider tabs and CD duplication for compilation and copies of the defendant officers' finalized trial exhibit binders for the Court and counsel.<br>*Cost of Copying and Compilation Fee allowed pursuant to Local Rule 45(c)(3)* |

Exhibit 1