

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6843 | 2/8/2017 | 1174 |
| **Job Date** | **Case No.** ||
| 12/7/2016 | 3:13-CV-00878-WIG ||
| **Case Name** |||
| Fabian Edwards et al v. Hartford et al |||
| **Payment Terms** |||
| Due upon receipt |||

Kristan M. Mancini  
Howd & Ludorf, LLC  
65 Wethersfield Avenue  
Hartford, CT  06114-1121

ORIGINAL TRANSCRIPT OF:

    Trial      819.00

**TOTAL DUE  >>>**    **$819.00**

Final bill

**Tax ID:** 32-0412167      Phone: 860.249.1361    Fax:860.249.7665

*Please detach bottom portion and return with payment.*

Kristan M. Mancini  
Howd & Ludorf, LLC  
65 Wethersfield Avenue  
Hartford, CT  06114-1121

Job No.        : 1174           BU ID        : BCT  
Case No.     : 3:13-CV-00878-WIG  
Case Name : Fabian Edwards et al v. Hartford et al  

Invoice No.  : 6843           Invoice Date : 2/8/2017  
**Total Due   : $819.00**

Remit To:   **BCT Reporting LLC**  
              **PO Box 1774**  
              **Bristol, CT  06011**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA  
Cardholder's Name:  
Card Number:  
Exp. Date:      Phone#:  
Billing Address:  
Zip:      Card Security Code:  
Amount to Charge:  
Cardholder's Signature:  
Email:      Exhibit 2