**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FABIAN EDWARDS, KENVILLE EDWARDS
Plaintiff,

vs.

No. 3:13cv878(WIG)

CITY OF HARTFORD, MATTHEW CORNELL, CHRISTOPHER MAY, ERIC BAUMGARTEN
Defendants.

______________________________________X

**JUDGMENT**

This matter came before the Honorable William I. Garfinkel, United States Magistrate Judge, for trial after a Consent to Proceed Before a U.S. Magistrate was entered on January 4, 2016. On April 27, 2017, a jury returned a verdict for the Defendant, Matthew Cornell, on all claims brought by Fabien Edwards. The jury also rendered a verdict for the Plaintiff, Kenville Edwards, on all claims brought against Christopher May.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for Defendant, Matthew Cornell against Fabien Edwards. It is further ORDERED and ADJUDGED that judgment is entered for Plaintiff, Kenville Edwards, against Christopher May, in the amount of $410,000.00 and the case is closed.

Dated at Bridgeport, Connecticut this 4th day of May, 2017.

ROBIN D. TABORA, Clerk
By

/s/
Kathi Torres
Deputy Clerk

EOD : 5/4/2017